# EXHIBIT A

E-mail re Informational Update – Coronavirus, dated 3/13/20

# EXHIBIT A

# Theresa Wickham - Informational Update - Coronavirus

**From:** Help Desk
**To:** *.*
**Date:** 3/13/2020 2:52 PM
**Subject:** Informational Update - Coronavirus

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

**From:** Christina Leathers
**To:** Help Desk
**Date:** 3/13/2020 2:48 PM
**Subject:** Informational Update - Coronavirus

PLEASE SEND TO ALL EMPLOYEES:

NDOC continues to actively monitor the progress and status of the Coronavirus, to include potential impact to the agency, inmates, contractors and visitors.

The information shared on March 2, 2020, is still relevant and has been provided below.

In accordance with AR 107.2.N, Section XIV, Medical Emergencies, including Infection diseases, please utilize your Emergency Response Manual for institution specific actions.

For quick reference, we have developed for the following protocol:

1. Education - email and prevention posters to employees, inmates, visitors and contractors
2. Continuing Education - Email to staff, N95 mask fittings (for medical team ONLY, as appropriate)
3. Access to clinical face masks (as appropriate), , N95 masks worn by anyone in contact with potential infections for employees, inmates,

   visitors and contractors access to hand washing with soap & running water for at least 20 seconds, non-latex gloves
4. Contact-surface Sanitation Teams with 10% bleach concentration and make rounds immediately following any outside contact, i.e., visitation, intake areas.
5. Screening of incoming and outgoing employees at shift changes and inmates during train-in/out

Please use the link below to access the CDC poster, *Stop the Spread of Germs,* and post in all areas visible for employees, inmates, visitors and contractors, to include restrooms, housing units and public areas.

https://www.cdc.gov/coronavirus/2019-ncov/downloads/stop-the-spread-of-germs.pdf

Remember universal precautions and we will continue to communicate updates as appropriate.

Thank you


**Christina Leathers**
**Chief of Human Resources**
State of Nevada |Department of Corrections | Human Resources Division
T: 702-486-9923|C: 702-469-4045|F: 702-486-9974|Email: cleathers@doc.nv.gov
*Putting the "Human" back in Human Resources*

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

## Theresa Wickham - **COVID 19 UPDATE IMPORTANT**

**From:** Help Desk
**To:** *.*
**Date:** 3/13/2020 4:08 PM
**Subject:** **COVID 19 UPDATE IMPORTANT**

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

**From:** Michael Minev
**To:** DONS; Executive Staff; Wardens; medical
**CC:** Miguel Forero; Help Desk
**Date:** 3/13/2020 4:07 PM
**Subject:** **COVID 19 UPDATE IMPORTANT**

Dear NDOC Staff,

I would like everyone to know that the health of our entire NDOC staff, their families and our inmates is my top priority during this challenging time. We are continuing to monitor all of our facilities with the most up to date information from the CDC and local health districts.

Please email Miguel Forero and cc Michael Minev and Theresa Wickham IMMEDIATELY if you:

experience flu like symptoms (fever of 100.4 and above, cough, sore throat, muscle aches, etc)

have come in contact with an individual with these symptoms or known COVID 19 infection

and/or you have recently traveled to an area known to have active COVID 19 infections

This will give us an opportunity to investigate and decide on the next course of action in terms of necessary testing and clinical advice. Miguel Forero will keep track of this information and communicate this to executive staff and wardens so we may direct our resources in an efficient manner. I have attached a flyer from the DHHS of Nevada which is a rough guide of the steps we will use in regards to COVID 19 testing if it is needed.

At this time I am strongly encouraging all NDOC employees and their families to do the following until further notice:

- Restricting/cancelling ALL non-essential travel (both domestically and internationally) for both business and personal reasons.

- Postponing and/or canceling conferences/events/meetings with large congregations of people.
- Utilizing video/phone conference services instead of in-person meetings.
- Restricting non-essential visitors to the organization.

Remember to take common sense prevention measures, including the following:

- Thorough hand washing with soap and water for at least 20 seconds - hand hygiene is the most effective method to control the spread of many viral illnesses
- Use alcohol-based (contains at least 60 percent) hand rub
- Cover your mouth when you cough or sneeze by coughing and sneezing into your elbow
- Dispose of tissues in a wastebasket
- Clean surfaces that may be contaminated with a disinfectant spray
- Avoid hand-shaking and close contact with people who are sick
- Avoid touching your eyes, nose, and mouth with unwashed hands
- Stay home when you are sick (after you have reported your symptoms as above)
- If you have mild symptoms of illness and you have the capability and prior approval to work remotely, you are encouraged to stay home and work remotely (after you have reported your symptoms as above)

Michael Minev, M.D.
Medical Director
Nevada Department of Corrections
3955 West Russell Road
Las Vegas, NV 89118
Cell: 775-722-8073
Office: 702-486-9937

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

**Theresa Wickham - Re: \*\*COVID 19 (Coronavirus) UPDATE IMPORTANT\*\***

| | |
|---|---|
| **From:** | Michael Minev |
| **To:** | Brian Williams; Charles Daniels; Christina Leathers; DONS; Dwight Ne... |
| **Date:** | 3/2/2020 2:27 PM |
| **Subject:** | Re: \*\*COVID 19 (Coronavirus) UPDATE IMPORTANT\*\* |
| **Cc:** | David Greene; Jennifer Bauer; Linda Fox; Miguel Forero; Ruby Cordero... |

Dear Staff

In regards to individuals or inmates with symptoms of suspected coronavirus infection please inquire whether the patient in question has traveled to any of the following level 2 or level 3 countries as specified by the CDC:

Italy level 3
South Korea level 3
Iran level 3
China level 3
Japan level 2

The CDC is constantly updating this list which is available here:
https://wwwnc.cdc.gov/travel/notices/

**Warning Level 3 (Red)**: **Avoid all non-essential travel** to this destination. The outbreak is of high risk to travelers and no precautions are available to protect against the identified increased risk.

**Alert Level 2 (Yellow)**: **Practice enhanced precautions** for this destination. The Travel Health Notice describes additional precautions added, or defines a specific at-risk population

**Watch Level 1 (Green)**: **Practice usual precautions** for this destination, as described in the Travel Health Notice and/or on the destination page. This includes being up-to-date on all recommended vaccines and practicing appropriate mosquito avoidance.

Please contact me if you have any questions.

Michael Minev, M.D.
Medical Director
Nevada Department of Corrections
3955 West Russell Road
Las Vegas, NV 89118
Cell: 775-722-8073
Office: 702-486-9937

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

**From:**  Michael Minev

**To:**  medical; Charles Daniels; John Borrowman; Harold Wickham; Brian Williams; William Quenga; Christina Leathers; Jerry Howell; WILLIAM GITTERE; Dwight Neven; Isidro Baca; Renee Baker; Perry Russell; DONS; Theresa Wickham

**CC:**  Veronica Austin; Miguel Forero; Ruby Cordero; Linda Fox; David Greene; Jennifer Bauer

**Date:**  2/29/2020 12:03 PM

**Subject:**  \*\*COVID 19 (Coronavirus) UPDATE IMPORTANT\*\*

Dear Medical and Executive Staff,

Please see attached update on COVID 19 (Coronavirus). Please contact me if you have any questions/concerns.
Information regarding COVID 19 (Coronavirus) is very fluid at this time and will be updated frequently.

Michael Minev

Michael Minev, M.D.
Medical Director
Nevada Department of Corrections
3955 West Russell Road
Las Vegas, NV 89118
Cell: 775-722-8073
Office: 702-486-9937

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

## Theresa Wickham - Informational Communication - Coronavirus

**From:** Help Desk
**To:** *.*
**Date:** 3/2/2020 3:05 PM
**Subject:** Informational Communication - Coronavirus

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

From:    Christina Leathers
To:      Help Desk
Date:    3/2/2020 3:05 PM
Subject: Informational Communication - Coronavirus

PLEASE SEND TO ALL EMPLOYEES:

NDOC has been actively monitoring the progress and status of the Coronavirus, to include potential impact to the agency, inmates, contractors and visitors.

In accordance with AR 107.2.N, Section XIV, Medical Emergencies, including Infection diseases, please utilize your Emergency Response Manual for institution specific actions.

For quick reference, we have developed for the following protocol:

1. Education - email and prevention posters to employees, inmates, visitors and contractors
2. Continuing Education - Email to staff, N95 mask fittings (for medical team ONLY, as appropriate)
3. Access to clinical face masks (as appropriate), , N95 masks worn by anyone in contact with potential infections for employees, inmates, visitors and contractors access to hand washing with soap & running water for at least 20 seconds, non-latex gloves

4. Contact-surface Sanitation Teams with 10% bleach concentration and make rounds immediately following any outside contact, i.e., visitation, intake areas.
5. Screening of incoming and outgoing employees at shift changes and inmates during train-in/out

Please use the link below to access the CDC poster, *Stop the Spread of Germs,* and post in all areas visible for employees, inmates, visitors and contractors, to include restrooms, housing units and public areas.

https://www.cdc.gov/coronavirus/2019-ncov/downloads/stop-the-spread-of-germs.pdf

Remember universal precautions and we will continue to communicate updates as appropriate.

Thank you

**Christina Leathers**
Chief of Human Resources
State of Nevada | Department of Corrections | Human Resources Division
T: 702-486-9923 | C: 702-469-4045 | F: 702-486-9974 | Email: cleathers@doc.nv.gov
*Putting the "Human" back in Human Resources*

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

## Theresa Wickham - CDC patient education

**From:** Help Desk
**To:** *.*
**Date:** 3/2/2020 2:25 PM
**Subject:** CDC patient education
**Attachments:** CDC patient education.pdf

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

**From:** Theresa Wickham
**To:** Help Desk
**CC:** Wickham, Harold; Michael Minev
**Date:** 3/2/2020 2:16 PM
**Subject:** CDC patient education

Please send to all NDOC employees. It is for their own education as well as patient education. I have added Norovirus as well as Coronovirus as we are seeing cases of Norovirus here in Carson City and I want the employees and inmates to understand the differences between the two.

Thanks for all you do,

Theresa Wickham, BSN, RN-BC, CCHP
Chief of Nursing Services
Nevada Department of Corrections
775-887-3293 (Carson City)
702-879-1392 (Las Vegas Metro area)

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*



# What you need to know about coronavirus disease 2019 (COVID-19)

## What is coronavirus disease 2019 (COVID-19)?

Coronavirus disease 2019 (COVID-19) is a respiratory illness that can spread from person to person. The virus that causes COVID-19 is a novel coronavirus that was first identified during an investigation into an outbreak in Wuhan, China.

## Can people in the U.S. get COVID-19?

COVID-19 is spreading from person to person in China, and limited spread among close contacts has been detected in some countries outside China, including the United States. At this time, however, this virus is NOT currently spreading in communities in the United States. Right now, the greatest risk of infection is for people in China or people who have traveled to China. Risk of infection is dependent on exposure. Close contacts of people who are infected are at greater risk of exposure, for example health care workers and close contacts of people who are infected with the virus that causes COVID-19. CDC continues to closely monitor the situation.

## Have there been cases of COVID-19 in the U.S.?

Yes. The first case of COVID-19 in the United States was reported on January 21, 2020. The current count of cases of COVID-19 in the United States is available on CDC's webpage at https://www.cdc.gov/coronavirus/2019-ncov/cases-in-us.html.

## How does COVID-19 spread?

The virus that causes COVID-19 probably emerged from an animal source, but now it seems to be spreading from person to person. It's important to note that person-to-person spread can happen on a continuum. Some diseases are highly contagious (like measles), while other diseases are less so. At this time, it's unclear how easily or sustainably the virus that causes COVID-19 is spreading between people. Learn what is known about the spread of newly emerged coronaviruses at https://www.cdc.gov/coronavirus/2019-ncov/about/transmission.html.

## What are the symptoms of COVID-19?

Patients with COVID-19 have had mild to severe respiratory illness with symptoms of
- fever
- cough
- shortness of breath

## What are severe complications from this virus?

Many patients have pneumonia in both lungs.

## How can I help protect myself?

The best way to prevent infection is to avoid being exposed to the virus that causes COVID-19.

## There are simple everyday preventive actions to help prevent the spread of respiratory viruses. These include

- Avoid close contact with people who are sick.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Wash your hands often with soap and water for at least 20 seconds. Use an alcohol-based hand sanitizer that contains at least 60% alcohol if soap and water are not available.

## If you are sick, to keep from spreading respiratory illness to others, you should

- Stay home when you are sick.
- Cover your cough or sneeze with a tissue, then throw the tissue in the trash.
- Clean and disinfect frequently touched objects and surfaces.

## What should I do if I recently traveled to China and got sick?

If you were in China within the past 14 days and feel sick with fever, cough, or difficulty breathing, you should seek medical care. Call the office of your health care provider before you go, and tell them about your travel and your symptoms. They will give you instructions on how to get care without exposing other people to your illness. While sick, avoid contact with people, don't go out and delay any travel to reduce the possibility of spreading illness to others.

## Is there a vaccine?

There is currently no vaccine to protect against COVID-19. The best way to prevent infection is to avoid being exposed to the virus that causes COVID-19.

## Is there a treatment?

There is no specific antiviral treatment for COVID-19. People with COVID-19 can seek medical care to help relieve symptoms.



CS314937-A  02/21/2020

For more information: **www.cdc.gov/COVID19**

NDOC-COVID000010



### What is the Right Way to Wash Your Hands?
1. Wet your hands with clean, running water (warm or cold) and apply soap.
2. Rub your hands together to make a lather and scrub them well; be sure to scrub the backs of your hands, between your fingers, and under your nails.
3. Continue rubbing your hands for at least 20 seconds. Need a timer? Hum the "Happy Birthday" song from beginning to end twice.
4. Rinse your hands well under running water.
5. Dry your hands using a clean towel or air dry them.

See Handwashing: Clean Hands Saves Lives (www.cdc.gov/handwashing/)

# 5 Tips to Prevent Norovirus From Spreading

### 1. Practice proper hand hygiene
Always wash your hands carefully with soap and water—
- after using the toilet and changing diapers, and
- before eating, preparing, or handling food.

Alcohol-based hand sanitizers can be used in addition to hand washing. But, they should not be used as a substitute for washing with soap and water.

### 2. Wash fruits and vegetables and cook seafood thoroughly
Carefully wash fruits and vegetables before preparing and eating them. Cook oysters and other shellfish thoroughly before eating them.

Be aware that noroviruses are relatively resistant. They can survive temperatures as high as 140°F and quick steaming processes that are often used for cooking shellfish.

Food that might be contaminated with norovirus should be thrown out.

Keep sick infants and children out of areas where food is being handled and prepared.

### 3. When you are sick, do not prepare food or care for others
You should not prepare food for others or provide healthcare while you are sick and for at least 2 to 3 days after you recover. This also applies to sick workers in schools, daycares, and other places where they may expose people to norovirus.

### 4. Clean and disinfect contaminated surfaces
After throwing up or having diarrhea, immediately clean and disinfect contaminated surfaces. Use a chlorine bleach solution with a concentration of 1000–5000 ppm (5–25 tablespoons of household bleach [5.25%] per gallon of water) or other disinfectant registered as effective against norovirus by the Environmental Protection Agency (EPA).

### 5. Wash laundry thoroughly
Immediately remove and wash clothes or linens that may be contaminated with vomit or stool (feces).

You should—
- handle soiled items carefully without agitating them,
- wear rubber or disposable gloves while handling soiled items and wash your hands after, and wash the items with detergent at the maximum available cycle length then machine dry them.



**Visit CDC's Norovirus Web site at www.cdc.gov/norovirus for more information.**

JAN 2015

NDOC-COVID000011

**Theresa Wickham - \*\*Coronavirus 2020 preparation update IMPORTANT\*\***

| | |
|---|---|
| **From:** | Michael Minev |
| **To:** | Executive Staff; Wardens; DONS; medical |
| **Date:** | 2/29/2020 9:08 PM |
| **Subject:** | \*\*Coronavirus 2020 preparation update IMPORTANT\*\* |
| **Cc:** | Veronica Austin; Ruby Cordero; Miguel Forero; Jennifer Bauer; Christophe... |

Please read carefully and forward to pertinent staff as appropriate.

CON Wickham and DONS:
I would like a full inventory of protective equipment at all of our facilities to include protective eyewear/face masks and headwear, N95 masks, protective masks, disposable gowns and booties, latex gloves, oxygen tanks, IV fluids, etc. We must be prepared to supply dozens and possibly hundreds of inmates/NDOC staff with this equipment at a moment's notice. This equipment must be accessible to all medical and custody staff in a central location at each of our facilities preferably in close proximity to sinks/showers. Do we have enough protective masks for all inmates at our intake centers? Has every custody and staff member at all of our facilities been fitted for an N95 mask? If not then this must accomplished IMMEDIATELY. I recommend that all males shave any facial hair that may affect the seal of the masks prior to fitting and until further notice.

DD Wickham and Wardens:
Do we have open areas/units at each of your facilities that may be used to quarantine dozens if not hundreds of individuals with suspected infections? If not are outside tents or makeshift enclosures available to accomplish this task? Do we have enough protective equipment as described above for all of the custody and ancillary staff? All custody and ancillary staff at your facilities will need to arrange for N95 mask fitting. Do we have enough bleach and Cavicide available to completely disinfect every facility in the state? Closing all visitation areas to our facilities may need to be considered.

Miguel Forero:
Has the Southern Nevada Health District provided you with any information regarding COVID 19 testing kits and availability? If we are overwhelmed with suspected infections we will need to have access to a large supply of testing kits. Also are we able to access Influenza A,B rapid testing kits?

I do not want to cause a panic but rather be proactive given the speed with which this virus is infecting our surrounding states and the logistics of our facilities.
I look forward to all of your input and suggestions. Thank you for your tireless efforts during this time.

Michael Minev, M.D.
Medical Director
Nevada Department of Corrections
3955 West Russell Road
Las Vegas, NV 89118
Cell: 775-722-8073
Office: 702-486-9937

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the*

intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.

NDOC-COVID000013

file:///C:/Users/twickham/AppData/Local/Temp/XPgrpwise/5E5AD2EDOC_DomainSte...   3/16/2020

**Theresa Wickham - Fwd: COS MESSAGE: novel coronavirus (COVID-19) updates**

| | |
|---|---|
| **From:** | Christina Leathers |
| **To:** | Executive Team, Chiefs & Wardens |
| **Date:** | 2/28/2020 8:59 AM |
| **Subject:** | Fwd: COS MESSAGE: novel coronavirus (COVID-19) updates |

FYI

**Christina Leathers**
**Chief of Human Resources**
State of Nevada | Department of Corrections | Human Resources Division
T: 702-486-9923 | C: 702-469-4045 | F: 702-486-9974 | Email: cleathers@doc.nv.gov
*Putting the "Human" back in Human Resources*

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

| | |
|---|---|
| **From:** | RanDee Brems <randeebrems@gov.nv.gov> |
| **To:** | RanDee Brems <randeebrems@gov.nv.gov> |
| **Date:** | 2/27/2020 4:51 PM |
| **Subject:** | COS MESSAGE: novel coronavirus (COVID-19) updates |

All, below is a message from Chief of Staff White re: novel coronavirus (COVID-19) updates.

TO: Executive Branch Agency Directors
FROM: Michelle White, Chief of Staff, Office of Governor Sisolak
DATE: February 27, 2020
SUBJECT: novel coronavirus (COVID-19) updates

*To the Governor's Cabinet:*

*The novel coronavirus (COVID-19) has dominated the news cycle over the past few days. We are taking this situation very seriously, but we must also balance the urgent nature of our preparations with moderate reactions and responses so as to not to create public panic. As the Governor says, "Prepare, don't panic -- coordination, not chaos."*

*The Governor's Office has been engaged in response planning to COVID-19 for some time now. Tomorrow, February 28, 2020, the Governor will be meeting with a core group of stakeholders to continue this work, and will host a press conference to inform the public.*

NDOC-COVID000014
file:///C:/Users/twickham/AppData/Local/Temp/XPgrpwise/5E58D66CDOC_DomainStew...  3/16/2020

*Over the next few days, we will be working closely and directly with you to discuss your agency's or department's specific considerations regarding the virus. We appreciate your patience as we do the background work to ensure that our upcoming meetings will be productive, informative, and helpful.*

*As always, it is our goal to be as transparent as possible. We also believe it is critical that the information we disseminate to the press and public is both **accurate and up-to-date**. Please instruct your PIOs to work with the Governor's Office PIO, Ryan McInerney, who is currently acting as a repository for all information from our health community partners, and will assist you in making sure your statement or response is accurate.*

*Additionally, as a resource for more information, we recommend visiting the DPBH (DHHS) webpage on the coronavirus: http://dpbh.nv.gov/coronavirus/*

Thank you!



**RanDee Brems**
*Southern Nevada Office Manager &*
*Executive Assistant to Chief of Staff*
Office of Governor Steve Sisolak
randeebrems@gov.nv.gov
(702) 486-2500

**Theresa Wickham - Coronavirus Information**

From: Help Desk
To: *.*
Date: 2/11/2020 2:53 PM
Subject: Coronavirus Information

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it. It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

From: State Email Admin <email@ADMIN.NV.GOV>
To: <OUTSIDEAGENCIES@LISTSERV.STATE.NV.US>
Date: 2/11/2020 1:39 PM
Subject: Coronavirus Information

Steve Sisolak
*Governor*

Richard Whitley, MS
*Director*



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
### Division of Public and Behavioral Health
*Helping people. It's who we are and what we do.*

Lisa Sherych
*Administrator*

Ihsan Azzam, Ph.D., M.D.
*Chief Medical Officer*

February 11, 2020

Dear Nevada State Employees and Coworkers:

You have most likely heard about coronavirus in the media in recent weeks, as there is an ongoing epidemic of a novel strain of the virus, currently centered in China. The virus is gradually spreading worldwide, and a growing number of countries are reporting cases among travelers from China, and some limited person-to-person transmission has been reported outside China.

The Centers for Disease Control and Prevention (CDC) and the Nevada Division of Public and Behavioral Health (DPBH) believe the immediate risk to the public in Nevada, and nationwide, continues to be low - and Nevada does not have any confirmed cases.

While the immediate risk of this new virus to the public is believed to be low, everyone can do their part to respond to this serious emerging public health threat. It seems this novel coronavirus (2019-nCoV) is spreading via droplets and direct contact with contaminated surfaces in a manner similar to seasonal influenza. Symptoms of 2019-nCoV infection (fever, cough and shortness of breath) are also similar to severe influenza infections. We are still in the midst of the flu season, and as long as influenza viruses are circulating, vaccination should continue, even into February or later.

Taking everyday preventive actions will certainly help stop the spread of germs, like avoiding crowded areas and practicing individual hygiene including proper hand washing and not touching the face, nose, mouth and eyes with unwashed hands.

Our public health goal continues to be protecting the health of Nevada residents and visitors by preventing community spread of this novel virus. DPBH has created a webpage dedicated to information about 2019-nCoV, which includes:

- Links to up-to-date case numbers, global cases dashboard, CDC's situation summary
- Nevada monitoring and guidance efforts
- Travel resources
- Home care resources
- Tools for health care workers

**Visit: http://dpbh.nv.gov/coronavirus/**

The health of all Nevadans is the top priority of the Department and, if you have questions, we encourage you to visit the page above or contact the State Office of Public Health Investigations and Epidemiology.

Sincere regards,

Ihsan Azzam, PhD, MD, MPH
Chief Medical Officer
Nevada Department of Health and Human Services
Division of Public and Behavioral Health

***This email was vetted and sent by EITS HD, please hover over all links before clicking them.***

Northern Administration
5500 Snyder Ave.
Carson City, NV  89701
(775) 887-3285

Southern Administration
3955 W. Russell Rd.
Las Vegas, NV  89118
(702) 486-9906

Steve Sisolak
*Governor*

Charles Daniels
*Director*



# State of Nevada
# Department of Corrections

To: ALL STAFF

Date: March 16, 2020

From: Harold Wickham, Deputy Director, Operations

Subject: COVID-19 Updates

I would just like to take a moment to tell you all, how very proud the administration is of the professionalism that you have all displayed in the face of the COVID-19 crisis. We also wish to Thank you for remaining flexible and responsive to a very fluid crisis. Your adaptability during these rapid changes is appreciated.

Our Department is setting the example to many other States by taking immediate pro-active responses.We are closely monitoring the situation; we currently do not have any positive or presumptive cases within our facilities. It is critical that we take every precaution to keep this virus out, you are a major part of that effort; by keeping yourself and your family protected by following all precautions and remaining vigilant to those around you.

Your Wardens at each of the Major Parent Facilities will establish an Emergency Operation Center (EOC). The EOC's will be operational from 0500 to Midnight. At a minimum they will be staffed by a Lieutenant or above. Each EOC will have a Land Line and Cell phone available to receive and relay information in a timely and accurate manner. EOC's will be responsible for collection, documentation, recording and distribution of information, instructions, contingency plans, and immediate communications up and down the chain of command. Phone numbers will be provided as the EOC are set up.

The Executive team remains committed to providing you with the most up to date and accurate information possible. We realize that your concerns for your families and friends are important. We are reviewing and developing contingency plans at all levels for every possible scenario.

Town Hall meetings will be conducted Every Tuesday and Friday for every shift. To include e-mails. Keeping you informed is paramount. We must avoid mis-information or in-accurate information. The information should be vetted by your EOC's.

Once again, thank you for your professionalism in providing for the Pubilc Safety.

NDOC-COVID000017



Northern Administration
5500 Snyder Ave.
Carson City, NV 89701
(775) 977-5500

Southern Administration
3955 W. Russell Rd.
Las Vegas, NV 89118
(702) 486-9906

Steve Sisolak
*Governor*

Charles Daniels
*Director*

## State of Nevada
## Department of Corrections

March 16, 2020

**TO:** All Employees

**FROM:** Charles Daniels, Director

**SUBJECT:** **DIRECTOR'S UPDATE IN RESPONSE TO COVID-19**

Consistent with national and state health and human services protocols, protecting your health and safety is my top priority. With the issuance of the Governor's emergency declaration we are armed with additional tools and the flexibility to respond to and ultimately contain COVID-19.

With the activation of the State Emergency Operations Center and our Nevada Health Response team, a one stop COVID-19 information website was created to avail you of rapidly developing data, guidance and news impacting you, your family, co-workers and the community. You can access the website here: https://nvhealthresponse.nv.gov/. NDOC has been actively participating in the fight against COVID-19 and exploring ways to mitigate the impact to our State and its citizens.

Here are the current measures we have already implemented with public, staff and inmate safety in mind:

- Suspended all inmate visitation;
- Legal visitation modified to video only;
- Town Hall meetings conducted and scheduled with staff and inmates at every institution;
- Suspended volunteers and external service provider entry into our facilities;
- Commenced symptom detection protocols to include visual observation of influenza-like symptoms and assessment of body temperature of all individuals entering our facilities. For anyone with a temperature greater than 100.3, will be denied entry and instructed to see a community health care provider immediately;
- Suspended all inmate access to the community;
- Activated an Emergency Operation Center at each facility. The hours of operation are 5 a.m. – 12 a.m. daily, until further notice.

I extend my thoughts and prayers to the victims, families, and friends who have been impacted by COVID-19. This has been a challenging time for all of us, and I just want you to know how much I appreciate your patience, resolve and your selfless determination to protect the public and one another.

There is no one-size-fits-all approach to how we address this issue, and this is a rapidly developing situation that we will continue to monitor. All options are on the table to ensure the safety of you and your families.

Please remember to monitor and educate those with an underlying serious or long-term medical condition. Please take additional actions to reduce their risk of getting sick with this virus.

NDOC-COVID000018

I strongly urge you to:

- Conduct an inventory check of personal items recommended to aid in the fight against COVID-19. Gather extra supplies such as soap, tissue, alcohol-based hand sanitizer and basic pantry staples.

- Make a list of emergency contacts to have on hand—family, friends, neighbors, carpool drivers, health care providers, teachers, employers, local public health department and community resources to include relevant websites.

Perform normal everyday precautions to try to avoid getting sick and avoid people who are sick and wash your hands often.

I have formed a team led by Dr. Minev, NDOC's Medical Director. This group has been directed to provide me with ongoing assessment results and recommendations specific to keeping our staff safe.

Should you have any additional questions or concerns, please work through your immediate chain of command.

Thank you

NDOC-COVID000019