# EXHIBIT B

Declaration of
Dr. Michael Minev

# EXHIBIT B

AARON D. FORD
  Nevada Attorney General
D. RANDALL GILMER (Bar No. 14001)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3427 (phone)
(702) 486-3773 (fax)
drgilmer@ag.nv.gov
*Specially Appearing as*
*Attorneys for Warden Howell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCELL WILLIAMS, | CASE NO. 2:20-cv-00639-RFB-BNW |
| Plaintiff, | |
| vs. | **DECLARATION OF MEDICAL DIRECTOR, MICHAEL MINEV** |
| WARDEN OF SOUTHERN DESERT CORRECTIONAL CENTER, et al., | |
| Defendants. | |

I, Michael Minev, hereby declare based on personal knowledge and/or information and belief, that the following assertions are true.

1. I am currently employed by the Nevada Department of Corrections (NDOC) as Medical Director for the NDOC. As part of my regular duties, I oversee inmate health care at each institution within the NDOC system. I am also specifically tasked with implementing medical policy and directives for the NDOC. These policies and directives establish the minimum requirements that must be complied with by medical personnel and staff. However, as these are minimum requirements, and medical professionals are required and expected to use their own medical judgment, each medical professional may exceed these minimum requirements when they believe it is necessary to do so based on their medical judgment.

2. In my capacity as Medical Director for the NDOC, and at the request of Chief Deputy Attorney General D. Randall Gilmer, I have reviewed the documents marked as **Exhibits A**, **J**, **M**, **and N** that I understand will be used in case number 2:20-cv-00639-

Page **1** of 4

RFB-BNW in the United States District Court for the District of Nevada. After reviewing those records, I can attest that I was either a recipient or sender of each email and attachment contained in **Exhibit A**, and that those emails and attachments accurately reflect the policies and procedures in place regarding COVID-19 within the NDOC. I also attest that I was a recipient of to all staff memoranda written on official NDOC letter head by Deputy Director Harold Wickham (NDOC-COVID000017) and Director Charles Daniels (NDOC-COVID000018-19), both dated March 16, 2020. I also attest that I was the author of the emails contained at **Exhibits J and M**, dated March 18 and April 2, 2020, respectively. Finally, I can attest that the CDC interim guidance information attached at **Exhibit N** is a document with which I am familiar, that it is an authentic copy of the information contained on the CDC website, and that I have relied on that, as well as other medical guidance, in crafting and putting into place the COVID-19 protocols implemented by NDOC.

3. As Medical Director, I work closely with Chief of Nursing Wickham to ensure that the COVID-19 protective protocols put in place are being consistently adhered to throughout all NDOC institutions.

4. As Medical Director, I oversee the screening protocols of all individuals who wish to gain access to any NDOC facility and the medical screening procedures put in place with regard to inmates housed within NDOC.

5. The protocols regarding entry into an NDOC facility are not discretionary. They must be adhered to. Any failure to adhere to these COVID-19 protective protocols will result in access to the institution being denied. In addition to temperature checks and visual inspection of each potential entrant to an NDOC institution, I have also required that all individuals awaiting screening exercise social distancing, meaning that a minimum of six (6) feet will be maintained between all individuals while they await screening and clearance to enter a facility.

6. The screening procedures were implemented at each NDOC institution on March 3, 2020.

7. I attest the medial protocols more fully described in ¶ 2 are used to monitor all inmates within the NDOC. Specifically, every inmate arriving at an NDOC institution has their temperature taken as soon as they arrive onsite. They are also asked whether they have any current symptoms of illness, recent travel, or know of any potential contact with a COVID-19 positive patient.

8. The NDOC also requires all inmates transferring into any NDOC facility, whether from another NDOC facility or from outside the NDOC, to be medically observed and isolated from other inmates at the institution for a minimum of fourteen (14) days. Each institution as specifically identified locations for these observations. During this time, any symptoms that an inmate may have that are consistent with a potential COVID-19 infection, result in the inmate being quarantined from the other inmates until such time as COVID-19 can be ruled out. At Southern Desert Correctional Center, inmates are isolated in Unit 7, which is the quarantine and isolation unit. Any inmate that exhibits symptoms consistent with a potential COVID-19 diagnosis are removed from Unit 7 and observed in the medical building until they are symptom free.

9. As of the date of this declaration, upon information and belief, seven (7) inmates have been tested for COVID-19 based on medical observations and symptoms suggesting a possible COVID-19 diagnosis. In all instances, the test results have revealed that the inmate does not have COVID-19. The most recent negative test occurred on April 6, 2020. As of April 8, 2020, there are two test results that remain pending.

10. I am also aware that as of the date of this declaration, four employees of the NDOC system have tested positive for COVID-19. Each of those individuals have been informed that they will not be able to return to work until the end of a 14-day quarantine, showing no symptoms for at least 72 hours, until a negative test has been confirmed, and until any further medical clearance is deemed necessary to ensure not only the health of those individuals, but also the health and welfare of all inmates and other individuals within the NDOC system.

. . .

11. Based on my training and experience, I have implemented aggressive screening and safeguards at all NDOC institutions that are consistent with the recommendations of the Center for Disease Control (CDC). I am continually reviewing the guidance of the CDC and other health organizations in order to take any additional steps to safeguard the NDOC population. As the COVID-19 pandemic is rapidly evolving, the steps recommended to both prevent and treat the illness are in a state of flux. Flexibility is needed to ensure that NDOC is taking all appropriate measures to fight COVID-19 and to limit its introduction into the prison population.

12. I recommended on March 13, 2020 that NDOC limited access to every institution to essential staff and vendors only. This resulted in all in-person visitation being suspended on that day. This suspension of in-person visits was extended to attorneys on March 16, 2020.

13. I declare under penalty of perjury pursuant to 28 U.S.C. section 1746 that the foregoing is true and correct.

EXECUTED this 8th day of April, 2020

/s/ Dr. Michael Minev*_____
Michael Minev
Medical Director,
Nevada Department of Corrections

---

* Pursuant to Temporary General Order 2020-05, entered by Chief Judge Du on March 30, 2020, https://www.nvd.uscourts.gov/wp-content/uploads/2020/03/GO-2020-05-re-COVID-19-Remote-Hearings.pdf, Dr. Minev has provided authorization to counsel to affix his electronic signature to this Declaration.