# EXHIBIT C

Declaration of Veronica Austin

# EXHIBIT C

AARON D. FORD
  Nevada Attorney General
D. RANDALL GILMER (Bar No. 14001)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3427 (phone)
(702) 486-3773 (fax)
drgilmer@ag.nv.gov
*Specially Appearing as*
*Attorneys for Warden Howell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCELL WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>WARDEN OF SOUTHERN DESERT CORRECTIONAL CENTER, et al.,<br><br>        Defendants. | CASE NO. 2:20-cv-00639-RFB-BNW<br><br>**DECLARATION OF VERONICA AUSTIN** |

I, Veronica Austin, hereby declare based on personal knowledge and/or information and belief, that the following assertions are true.

1.    I am currently employed by the Nevada Department of Corrections (NDOC) as an Administrative Assistant (AA) III, where I am assigned to the NDOC Medical Administration Division.

2.    In my capacity as an AAIII, I routinely receive correspondence regarding the administration of the medical department.

3.    Some of those documents I was provided as part of the routine business operations of the medical department are the documents that I provided to Chief Deputy Attorney General D. Randall Gilmer, which I understand are contained in **Exhibits A**, **J**, **and M** of a filing case number 2:20-cv-00639-RFB-BNW that this declaration will also be made an exhibit of.

. . .

. . .

4. I further attest that the documents provided to this Court as Exhibits A, J, and M are a true and accurate copy of the documents provided to me and that I provided to Mr. Gilmer.

5. I declare under penalty of perjury pursuant to 28 U.S.C. section 1746 that the foregoing is true and correct.

EXECUTED this 8th day of April, 2020

/s/ Veronica Austin*
VERONICA AUSTIN
Administrative Assistant III,
Medical Administration,
Nevada Department of Corrections

---

* Pursuant to Temporary General Order 2020-05, entered by Chief Judge Du on March 30, 2020, https://www.nvd.uscourts.gov/wp-content/uploads/2020/03/GO-2020-05-re-COVID-19-Remote-Hearings.pdf Ms. Austin has provided authorization to counsel to affix her electronic signature to this Declaration.