# EXHIBIT E

AR 107

# EXHIBIT E

# NEVADA DEPARTMENT OF CORRECTIONS
# ADMINISTRATIVE REGULATION
# 107

## EMERGENCY RESPONSE MANUAL

**Supersedes:** AR 107 (12/17/13); and AR 107 (Temporary, 06/19/15); AR 107 (Temporary 9/15/15)

**Effective Date:** 1/14/16

**AUTHORITY:** NRS 209.131, NRS 414.040

**RESPONSIBILITY:**

**Within the framework of the Nevada's State Comprehensive Emergency Management Plan (SCEMP) latest version, Wardens shall review this document on an annual basis, implementing an institutionally specific emergency response manual as follows:**

1. Each Warden/Facility Manager is responsible for developing specific detailed instructions regarding each institution/facility, i.e., physical layout, unique characteristics, staffing patterns and other similar information.

2. All supervisors are responsible to be aware of and follow emergency procedures as set forth in this manual.

3. All staff are responsible for having knowledge of and complying with this regulation.

### 107.01   EMERGENCY RESPONSE MANUAL (ERM)

1. Emergency Response Manuals will be maintained in the following offices:

    A. Director

    B. Deputy Directors

    C. Wardens

    D. Associate Wardens

    E. Facility Managers

    F. Central Control Centers

    G. Inspector General

    H. Attorney General's Office

2. The Emergency Response Manual will be organized in the following order:

    A. Section I    General Emergency Response Procedure

    B. Section II    Hostage Procedure

    C. Section III    Tear Gas/Less Lethal Weapons Procedures

    D. Section IV    Escape Procedure

    E. Section V    Use of Force

    F. Section VI    Fire Safety Procedure including evacuation of remote camps, utility maintenance, and casualty management

    G. Section VII    Emergency Notification Procedure

    H. Section VIII    Emergency Evacuation Procedure

    I. Section IX    External resources and Mutual Aid

    J. Section X    Emergency Key Procedure

    K. Section XI    Bombs and Bomb Threat Action Plan

    L. Section XII    Inmate Disturbance/Disruptive Behavior

    M. Section XIII    Employee Job Action/Work Stoppage

    N. Section XIV    Medical Emergencies, Including Infectious diseases.

    O. Section XV    Riots, Disturbances and Major Disasters

    P. Section XVI    Hazardous Material, Including Chemical Spills (on and off-site)

    Q. Section XVII    Radiological Hazards

    R. Section XVIII Loss of Utilities

    S. Section XIX    Response to Natural Disaster, including: Wild Land Fires, Earthquakes, Floods and Severe Weather.

3. The Warden/Facility Manager will include additional information in their manuals with specifics unique to their institution/facility.

4. Each institution/facility will maintain a log sheet in the Associate Wardens/Facility Manager's Office.

   A. The log will be signed by all supervisory/command personnel indicating that they have reviewed the material and understand the material in the Emergency Response Manual.

   B. This log will also indicate the date reviewed.

   C. All supervisory/command staff must review this manual at least on an annual basis.

5. The NDOC Employee Development will provide training to all employees regarding appropriate emergency response procedures.

   A. Staff will be trained through drills, reviewing procedures, on-the-job training, etc. at each institution/facility.

   B. This training shall be documented. A copy of the documentation will be maintained in the Employee Development Office.

6. The entire Emergency Response Manual is to be considered confidential.

   A. At no time will the Emergency Response Manual be accessible to inmates.

   B. The Emergency Response Manual will not be made available to anyone outside the Department without the specific written approval of the Director.

   C. Loss of the Emergency Response Manual or any portion thereof or any compromise of the manual's contents will be immediately reported to the Inspector General.

7. The Emergency Response Manual shall be up-dated as necessary. At the minimum, the Emergency Response Manual should be formally reviewed on an annual basis.

## APPLICABILITY

1. This AR requires an Operational Procedure (OP) for all institutions/facilities.

2. This AR requires an audit.

## REFERENCES

ACA Standards, 4th Edition and 2008 Supplement, 4-4220, 4-4224

_____        1-14-16
Director                                Date