# EXHIBIT I

## Declaration of Deputy Director Harold Wickham

# EXHIBIT I

AARON D. FORD
    Nevada Attorney General
D. RANDALL GILMER (Bar No. 14001)
    Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3427 (phone)
(702) 486-3773 (fax)
drgilmer@ag.nv.gov
*Specially Appearing as*
*Attorneys for Warden Howell*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCELL WILLIAMS,<br><br>  Plaintiff,<br><br>vs.<br><br>WARDEN OF SOUTHERN DESERT CORRECTIONAL CENTER, et al.,<br><br>  Defendants. | CASE NO. 2:20-cv-00639-RFB-BNW<br><br>**DECLARATION OF DEPUTY DIRECTOR, HAROLD WICKHAM** |

I, Harold Wickham, hereby declare based on personal knowledge and/or information and belief, that the following assertions are true.

1. I am currently employed as the Deputy Director of Operations for the Nevada Department of Corrections (NDOC). As Deputy Director of Operations, I am responsible for assisting Director Daniels will all aspects of NDOC Operations. These duties include enforcement of oversight of all policy directives that would have an impact on the smooth, safe, and secure operations of the NDOC.

2. To ensure the safety and security of all NDOC institutions, it is critical that I work closely with NDOC's Medical Director, as the health and welfare of the inmates and staff of NDOC are paramount to successful, safe, and secure operations. This coordination with Dr. Minev has become even more important during the quickly evolving COVID-19 pandemic that has engulfed the world.

3. While Dr. Minev oversees the medical components of the preventive protocols put in place in NDOC's fight against COVID-19, I assist him in this regard by requiring

the wardens at each institution ensure that Dr. Minev's recommendations are followed. In short, these recommendations and preventive protocols are not discretionary, but mandatory.

4. To assist with the mandatory requirements put forth to limit the spread of COVID-19, I authored and ordered dissemination to all staff a memorandum dated March 16, 2020. Chief Deputy Attorney General D. Randall Gilmer has informed me that a copy of the March 16, 2020 memorandum will be provided to this Court as part of the filing that will also include this declaration. I have had an opportunity to review the March 16, 2020 memorandum with the affixed bates-label, NDOC-COVID00017, and I attest that it is a true and accurate copy of the memorandum I authored in my official capacity as Deputy Director of Operations.

5. To further combat and guard against the COVID-19 pandemic, as of April 8, 2020, NDOC has taken the unprecedented step of providing hand sanitizer to all inmates free of charge. This sanitizer is over and above the other personal hygiene and sanitization items provide and available to the inmates.

6. I declare under penalty of perjury pursuant to 28 U.S.C. section 1746 that the foregoing is true and correct.

EXECUTED this __8th__ day of April, 2020

HAROLD WICKHAM
Deputy Director of Operations,
Nevada Department of Corrections