# EXHIBIT J

E-mail re COVID 10 Update and Clarification, dated 3/18/20

EXHIBIT J

**From:** Michael Minev
**To:** DONS; Executive Staff; Wardens; medical
**CC:** Help Desk
**Date:** 3/18/2020 4:28 PM
**Subject:** **COVID 19 UPDATE AND CLARIFICATION IMPORTANT**

Dear NDOC Staff,

All NDOC staff at all facilities will need to have their temperature taken by either nursing or custody staff upon entry to the facility. The name of the employee and temperature value will need to be recorded in a log prior to entrance. Employees with a temperature greater than 100.4 will be sent home or may receive additional evaluation. Employees refusing to have their temperature taken will have their name recorded in a log and will be reported to their immediate supervisor. Please note this protocol is not a suggestion by me, it is a DIRECT ORDER from Director Daniels to ALL NDOC employees until further notice.

Custody staff at the various facilities will be instructed on how to take temperatures by nursing staff. DONS please coordinate with wardens at your institutions to ensure coverage at the gatehouse for all shifts.

I would like to clarify the criteria to look for regarding COVID 19 infection as there have been confusion.

The 3 cardinal symptoms of COVID 19 infection are:

Fever of 100.4 or greater
Shortness of Breath
Dry Cough

Please note as it is allergy season some of symptoms of allergies may overlap with the above.

The symptoms of seasonal allergies include: (allergies will not be accompanied by a fever)

Runny nose, stuffy nose, and/or sneezing
wheezing, shortness of breath
dry cough
rashes
fatigue
headache

If you are in doubt and feel sick with ALL 3 cardinal symptoms above PLEASE DO NOT REPORT TO WORK. Notify your immediate supervisor and stay home.

Please email Michael Minev and cc Theresa Wickham and Miguel Forero if you are experiencing any 1 of the 3 conditions:

1) You are experiencing ALL 3 cardinal symptoms above

2) you have come in contact with an individual (less than 6 feet contact distance) who has ALL 3 cardinal symptoms above or has tested POSITIVE for COVID 19 infection

3) you have recently traveled to an area known to have active COVID 19 infections and have had contact (less than 6 feet contact distance) with an individual known to be POSITIVE for COVID 19 or an individual with ALL the 3 cardinal symptoms above

If you are sick please stay home and arrange to make an appointment with a medical provider for evaluation and to be cleared for return to work. If you are unable to make an appointment, you will need to use sick leave until you arrange an appointment. Administrative leave will need to be reviewed on a case by case basis. If you are seen by a medical provider and have been tested for COVID 19 you will need to be quarantined for 14 days. You will need to be out of work for the ENTIRE 14 days even if your COVID 19 test result is NEGATIVE for infection. In order to return to work you will need to be seen by a provider and provide a NEGATIVE COVID 19 test result.

Please contact me if you have any questions or need clarification.

Michael Minev, M.D.
Medical Director
Nevada Department of Corrections
3955 West Russell Road
Las Vegas, NV 89118
Cell: 775-722-8073
Office: 702-486-9937

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it.  It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*