# EXHIBIT K

Memorandum re Coronavirus – Information, dated 3/19/20

# EXHIBIT K

Southern Desert Correctional Center
20825 Cold Creek Road
P.O. Box 208
Indian Springs, NV
89070-0208
Phone: 702-879-3800
Fax: 702-879-1212



**State of Nevada
Department of Corrections**

Steve Sisolak
*Governor*

Charles Daniels
*Director*

Jerry Howell
*Warden*

# *MEMORANDUM*

**To:** All Inmates

**From:** Warden Jerry Howell

**Date:** March 19, 2020

**Subject:** Coronavirus – Information

---

SDCC is taking precautionary measures in an effort to prevent Coronavirus or COVID-19 from coming into this institution. These measures include:

1. Medical screening of all people entering the institution every time they enter.
2. Anyone exhibiting symptoms are not allowed to enter until cleared by a medical provider in the community.
3. Limiting the people entering the institution to those that are essential to the operations of the institution.
4. Conducting sick call in the units.

While there are no cases of the Coronavirus or COVID-19 currently within the Nevada Department of Corrections here are some precautionary measures you can take to help keep it that way:

1. Wash your hands often
2. Shower when scheduled.
3. Do not touch your face
4. Clean & sanitize your cell and common areas often (you are provided neutral cleaner which is a disinfectant)
5. Cover your sneezes and coughs
6. Eliminate person to person contact (handshakes, etc.)
7. Report any symptoms immediately
   Symptoms:
   1. Flu like symptoms such as fever, body aches, dry cough or shortness of breath.