# EXHIBIT L

## Photographs of Williams' Housing Unit

# EXHIBIT L



