# EXHIBIT M

E-mail re COVID 19 Update Information Clarifications, dated 4/3/20

# EXHIBIT M

**From:** Help Desk
**To:** \*.\*
**Date:** 4/3/2020 8:17 AM
**Subject:** \*\*COVID 19 UPDATE IMPORTANT CLARIFICATIONS\*\*

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it.   It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited.   If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

**From:** Michael Minev
**To:** Wardens; Executive Staff; DONS; medical; Calvin Johnson
**CC:** Help Desk
**Date:** 4/2/2020 7:41 PM
**Subject:** \*\*COVID 19 UPDATE IMPORTANT CLARIFICATIONS\*\*
Dear NDOC Staff,

1. ASSESSMENTS:

All NDOC employees at all facilities will have their temperature taken by either nursing or custody staff upon entry to the facility. The employee ID number of each employee and their temperature value will be recorded in a log prior to entrance. Custody staff will ensure that 6 feet of distance between employees is enforced during screening at facilities.

Employees may be sent home following a brief nurse assessment at the entrance of facilities PRIOR to starting work at their duty station. This assessment will require questions about symptoms such as fever, cough, shortness of breath, wheezing, runny nose etc. Employees are required to cooperate with this assessment and may be provided a protective mask if they are symptomatic.   Employees who do not cooperate with this assessment will not be allowed entrance and will be reported to their Appointing Authority.

2. COVID-19 PUI (person under investigation)

Employees found with any 1 of the 3 cardinal symptoms of COVID-19, 1) fever of 100.4 or greater, 2) Shortness of breath and/or 3) Dry cough, will

be considered to be a COVID-19 PUI.

3. EXCLUSION:

Following assessment, COVID-19 PUI will be sent home with the expectation that they will obtain clearance from a medical provider, or obtain COVID 19 testing before returning to work. However, if the COVID 19 PUI cannot see a medical provider, or obtain COVID 19 testing, they will need to wait until all of their symptoms have stopped and have not been present for at least 72 hours prior to returning to work.

While at work, employees should monitor themselves and fellow employees for any symptoms such as fever, cough, shortness of breath, wheezing, runny nose etc. Employees who develop any symptoms while at work at their duty station will report them via telephone to their chain of command. These employees will then be considered to be a COVID-19 PUI and will be sent home. For further instructions, see paragraph above.

4. CLOSE CONTACTS of a COVID-19 PUI:

Individuals who have been within 6 feet of a COVID-19 PUI for a prolonged period of time are considered potential Close Contacts. Those individuals will be identified/report their status to their chain of command. They will then be monitored and will report any development of symptoms immediately to their chain of command. They will NOT report to work if any symptoms develop, which will make them a COVID-19 PUI.

5. QUARANTINE:

If a COVID-19 PUI tests positive for COVID 19, the PUI and any close contacts (individuals who have been within 6 feet of the PUI for a prolonged period of time) will need to be quarantined for a full 14 days or after they are no longer sick and remain symptom free for 72 hours.

6. QUESTIONS:

These precautions are based upon CDC recommendations. Please contact me if you have any questions or need clarification.

Michael Minev, M.D.

Medical Director
Nevada Department of Corrections
3955 West Russell Road
Las Vegas, NV 89118
Cell: 775-722-8073
Office: 702-486-9937

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it.   It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited.   If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*