# EXHIBIT O

E-mail from Lt. Dean Willett, dated 4/3/20

# EXHIBIT O

**From:** Dean Willett <dwillett@doc.nv.gov>
**Sent:** Friday, April 3, 2020 10:34 AM
**To:** Anthony Bieszczat; Alicia BLOM; Alfonso Garcia; Albert Cole; Angela Whiteford; Adrian Garcia; Arthur Emling; Arturo Espino; Ayton Feliciano; Amanda Hoerster; Aaron Holmes; Anthony Cox; Alejandro Arias; Alexandro Ledesma; Alexander Hillard; Andrew Hunt; Amanda Moylan; Anthony Payne; Angel Robles; Alonzo Romero; Arnold Toombs IV; Andres Vega; Billie Allen; Bo Heaton; Bret Kessinger; Bridger Oberg; Brent Palmer; Brandon Harris; BRENDA WILLIAMS; Brian Rivas; Brandon Rudolph; Bryan Shields; Brett Stelly; Benjamin Tafolla; Carrie Alvarado; Carl Arnold; Christopher Stevens; Cody Castiglioni; Christopher Day; Charles Carter; Carlin Taylor; Christopher Harris; Chase Ledoux; Christopher Martinez; Carl Jatico; Charles Lacey; Christopher Murray; Chase Shelley; Carlos Tapia; Clemente Vargas IV; Douglas Robinson; David Beachler; Diana Bejar; David Dalman; David Deluna; Duncan Dokiwari; Derrick Kelly; David Garay; Daniel Hancock; David Jaeger; David Levins; Duane McCarthy; Delia Gomez; Domingo Quintanilla; Daniel Adams; Dejaunee Brooks; Dee Speigle; Devlin Thompson; Deshawn Stewart; David Wachter; Dean Willett; Efrain Corona; Eric Graybeal; Eric Jones; Elias Rasmussen; Eddie Nivitanont; Edwin pagan; Erik Rea; Eric Reyes; Ernesto Castillo; Erika Sanchez; Evan Schneider; Emilio Vignapiano; Francisco Bautista; Freddy Benitez; federico Fonseca; Francisco Solorio-Cuevas; Gary Bryant; GARY ECKHARDT; Gregory Giannokostas; Grace Moran; Garrick Raymond; Harold Allen; Henry Hackett; Harold Nixon; Hiba Pelaken; Hugo Gonzalez; Ivan Dubon; Jasmyne Davis; Jason Gantt; Jamal King; Jamal Ali; James Harris III; James Adams; John Betterley; Joseph Billey; Jorge Caloca; Jonathan Cordova; Julio Reyes; Joshua Rodriguez; John King Jr.; Jesus Gongalez-Vizcarra; Jeremy Lowery; James Fisher; Johnathan Gipson; Jared Hanlon; Jahlik Holman; Jorge Gutierrez; Juan Jimenez Maldonado; Jeremy Joseph; Joshua Kronberg-Rasner; JONATHAN LARA; Justin Lawrence; Jordan Cannon; Joseph Lewis; Joshua Lillis; Joseph Longhurst; Javier Loya; Jerry Mason; Julio Mesa; Joseph Molinaro; Joihn Moralesmunoz; Jesse Moreland Jr.; James Murdock; Jose Navarrete; James O'Neill; Josue Pineda; James Polizzi; James Buffington; Joseph Costello Jr.; Joel Romero; Jeremy Summers; Jesus Vega-Diaz; Jimmy Jones; Josue Ybarra; Kyle Nino Aurelio; Kevin Beauchmin; Kassandra Beltran; Kyle Brod; Kajearl Garrett-Wright; Kenneth Ferguson; Kevin Gonzalez-Bastida; Kellen Howard; Kendra Johnson; Kirk Stolen; Lloyd Brewster; Lamar Gibson; Luke Gardner; Logan Hanevold; Leo Martinez; La Toya Walker; Leslie Green; Miguel Pineda; Margaret Arnold; Marie Ann Toribio; Mekael Belleh; Michaelangelo Bonsignore; Michael Chavez; Matthew Craig; Mark Dunn Jr.; Mark Garrick II; Michael Baker; Marc Lucero; MICHAEL KOCHEVAR; Teresa Laurian; Markeece Lofton; Miguel Magallanes Ibarra; Michael Maksymiw; Michael McRath; Matthew Mercado; Max Morer; Matthew Wallace; Maegan Myers; Malik Woods; Mark Skeete; Miguel Solis; Manuel Tam; Neal Bengil; Nicholas Boutos; Nathan Echeverria; Octavio Cortez; Philip Gang; Perry Mikel; Rama Akash; Rami Al-Bajali; Robert Arnold; Richard Bogue; Rosa Chavez-Chavez; Ryan Delaney; Rebekah Smith; Randall Estes; Rocco Gusmano; Richard Villa II; Rebecca Florio; Richard Myles; Roderick Nuckoles Jr; Rafael Oseguera; Richard Peyton, IV; Rene Quintanilla; Robert Runser; Ronnie Thompson Sr.; Roger Tobar; Ronald Viernes; Ryan Hernandez; Shawn Jones; Stephanie Cook; Steve Green; Shari Kassebaum; Shane Kendall; Shantel Mettler-Voss; Sharif Morgan; Scott Poletto; Steven Stowers; Scott Lewis; Thurston Moore; Terry Bean; Timothy Deleon; Timothy Barnes; Trevon Greer; Terry Hill; Tanya Asher; Travis McCabe; Thomas Miller; Teresa Radke; Tito Rangel; Tyquan Brown; Terry Tremblay; Terrell Washington; Umair Moten; Ulysses Valencia; Vironica Banks; Victor Castaneda-Becerra; Vance Sheddy; Victoria Valadez; Wayne Wilson Jr; William Dean; William Famini; William Clark; William

1

**To:** Tobin; William Tate; Yesenia Aviles; Yaqub Mustafaa
**Cc:** Frank Dreesen; Gary Piccinini; Jerry Howell
**Subject:** Inmate supplies

Per Warden, when issuing weekly supplies double up the amount of soap given to inmates.  Also if a inmate asked for soap give it to them

**Lt. Dean Willett**
**SDCC Disciplinary Lt.**
ex: 382

*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it.  It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*