# EXHIBIT P

OP 490

# EXHIBIT P

# NEVADA DEPARTMENT OF CORRECTIONS
# SOUTHERN DESERT CORRECTIONAL CENTER

## OPERATIONAL PROCEDURE
## 490

## HOUSEKEEPING AND SANITATION

**Supersedes:** O.P. #490 (Dated 8-13-2009)
**Effective Date:** July 13, 2015
**Review Date:** July 12, 2016

### AUTHORITY:

Administrative Regulation #490 — Institutional Sanitation and Inspections

### RESPONSIBILITY

The Warden of Southern Desert Correctional Center has overall responsibility for overseeing the administration of this procedure.

It is the responsibility of the Associate Warden responsible for Operations to ensure this procedure is adhered to. It shall be the responsibility of all staff to ensure and maintain compliance with this procedure on a regular and daily basis.

### 490.01    HOUSEKEEPING AND SANITATION PLANS

1. A copy of the housekeeping plan will be maintained in the following offices:
    - Warden
    - Associate Warden responsible for Operations
    - Associate Warden of Programs
    - Lieutenant/Sergeant office
    - Living Areas
    - Maintenance
    - PI Area
    - Infirmary
    - Culinary
    - Laundry

2. Specific items to be included into the plan are:
    - Cleaning schedule for each area.
    - Designation of the number of inmates.
    - A time schedule.
    - Area waste disposal procedure.
    - Instructions for the acquisition, storage and utilization of cleaning supplies and equipment.
    - Specific instructions are to be included for cleaning all areas.

**490.02        STAFF RESPONSIBILITIES**

1. It is the responsibility of all staff directly involved in supervising a shop, housing unit or any other area that functions within the institution to maintain constant surveillance of that area to ensure acceptable sanitation practices are followed on a daily basis.
   - All staff directly in charge of inmates and areas will conduct ongoing inspections.
   - Staff will issue direct orders to any inmate found to be responsible for any sanitization or health deficiency.
     - Staff will ensure they give direct, clear and concise orders to inmates responsible for cleaning specific areas.
     - If the orders are not followed, appropriate disciplinary actions will be implemented.
   - Determine the number of inmates assigned to clean each area.
   - Maintain a daily schedule for the completion of housekeeping duties.
   - Establish descriptions of cleaning responsibilities. Descriptions will include the following areas:
     - Floors
     - Walls
     - Doors
     - Windows
     - Toilets
     - Sinks
     - Showers
     - Common Areas such as Day Rooms and wings
     - Equipment
     - Laundering of clothing and bedding
     - Distribution of personal hygiene items
   - A staff member will inspect the area for cleanliness before releasing the inmate(s).

2. Area supervisors are responsible for providing and maintaining appropriate protective clothing to be issued should reasonable precautions dictate the use of such clothing.

**490.03        INMATE RESPONSIBILITIES**

1. Each inmate is required to maintain sanitary conditions, personal hygiene and cleanliness as follows:
   - Living/work area unless a specific assignment has been assigned to another inmate.
   - Proper use and care of any cleaning equipment or material issued to them.
   - Exchange of soiled linen, bedding and clothing.
   - Use of available shaving, bathing, hand washing, shampooing and barber facilities as provided.
   - Brush and/or cleaning of teeth and dentures.
   - Report any illness or disease and injury require treatment.
   - Obey all direct orders to maintain a sanitary living/work area.
   - Smoking in all buildings, to include cells, is prohibited.

## 490.04   DAILY HEALTH AND SANITITATION INSPECTIONS

1. Housing unit staff and work area supervisors are responsible for the daily inspection of their assigned work areas.
   - These tours will be noted in unit logs and will concentrate on health and sanitization.
     - Any deficiencies will immediately corrected or submit a work order if required.

2. The Culinary Sergeant will make a daily inspection of the culinary.
   - This tour will be noted in the Shift Log.
   - Any deficiencies will be documented and a work order submitted if required.

3. The purpose of sanitation inspections is to ensure:
   - All areas are clean and orderly.
   - Lighting, ventilation and heating equipment are functioning properly.
   - No health hazards exist.
   - Equipment utilized in providing sanitation and health functions properly.
   - Plumbing equipment, to include toilet, bathing, washing facilities operate properly.
   - Clothing, bedding, linen, laundry services and personal hygiene facilities are provided for inmates.

## 490.05   WEEKLY HEALTH AND SANITATION INSPECTIONS

1. The below listed areas of the institution will be inspected on a weekly basis by supervisors as assigned by the Associate Warden responsible for Operations:
   - Housing Units
   - Administration
   - Culinary
   - Education
   - Gym
   - Laundry
   - Maintenance
   - Chapel
   - Visiting
   - Warehouse
   - Property
   - Towers
   - Gym Gun Post
   - Control Center
   - Gatehouse
   - Weekly inspection forms will be distributed by the Associate Warden responsible for Operations Administrative Assistant.
     - Weekly inspection forms are area specific.
     - Any deficiencies will be noted on this form and a work order will be submitted if required.

2. The Warden or Associate Wardens will make a general inspection of the institution on a weekly basis. The Warden or Associate Wardens will ensure this inspection is noted in the Shift Log.

### 490.06   MONTHLY HEALTH AND SANITATION INSPECTIONS

1. The below listed areas of the institution will be inspected on a monthly basis by the Warden or Associate Wardens:
    - Housing Units
    - Administration
    - Culinary
    - Education
    - Gym
    - Laundry
    - Maintenance
    - Chapel
    - Visiting
    - Warehouse
    - Property
    - Towers
    - Gym Gun Post
    - Control Center
    - Gatehouse

2. The Facility Manager will ensure a monthly bacteriology test of the water supply is completed.

### 490.07   SEMI-ANNUAL HEATH AND SANITATION INPECTIONS

1. The Warden will ensure semi-annual inspections of the entire institution are conducted by independent auditors to ensure and document compliance with applicable laws and regulations related to sanitation, health and inspections.

2. Any exceptions to the codes, statutes and regulations noted by the Health Inspector will be handled in the following manner:
    - Immediate work order will be issued and performed where regular budget permits.
    - Work orders that exceed the regular maintenance budget may be postponed until the next appropriations, absent exigent circumstances requiring immediate repair.
        - In the event of exigent circumstances of a life/safety nature as certified by the Public Health Authority, an emergency appropriation shall be requested if funds are not available.

### 490.08   ANNUAL CHEMICAL ANALYSIS TEST

1. A chemical analysis test shall be taken of the institutions water supply to certify compliance with local laws and regulation. The chemical analysis test will be performed by a qualified independent auditor.

490.09    HOUSEKEEPING PLAN I — INMATE HOUSING UNITS 1-8, 11 & 12

1. The unit caseworker and assigned officers will maintain a list of ten (10) unit porters.
   - There will be two (2) unit porters assigned to each wing to **include** showers.
   - There will be two (2) unit porters assigned to the rotunda.
   - There will be one **(1)** unit porter assigned to clean the entrance way leading into the unit.
   - There will be one (1) extra porter to be used where needed.
   - Inmate porters are under the direct supervision of unit officers.

2. The unit porters are responsible for the following:
   - Sweep and mop all common areas daily or more often if needed.
     - Use clean cold water when mopping.
     - Mop water will be changed as needed.
     - Mop and mop bucket will be cleaned after each use.
     - Mops will be hung to dry when not in use.
   - Remove garbage three times a day.
     - Garbage cans will be cleaned once a week.
   - The following windows (to include sills and frames) will be cleaned daily:
     - Bubble (outside only)
     - Caseworker Office
     - Common Areas
   - Doors and walls as needed.
   - Sweep and mop the caseworker's office (under supervision of the caseworker).
   - Inmate telephones daily.
   - Sweep **unit** walkways daily.
   - Clean restrooms daily or more often if needed.
     - Shower stalls will be scrubbed daily using a disinfectant.
     - Shower floors will be swept and mopped using a disinfectant.
     - Shower curtains will be washed weekly in the SDCC Laundry, using a disinfectant.
     - Toilet and urinals will be cleaned daily or more often if needed using a disinfectant.

3. Inmate Cells:
   - Inmates will clean their rooms daily or more often if needed.
     - Unit officers will distribute cleaning supplies and equipment as necessary.
     - Inmate personal property will be folded and stored **in** a neat manner.
     - Bowls, cups and eating utensils will be washed, dried and stored after each use.

4. Inmate Cells:
   - Cells will be searched and thoroughly cleaned up upon being vacated
   - Inmates will clean their cells at least weekly
   - Inmates will keep their cells neat and orderly.
     - Unit officers will distribute cleaning supplies and equipment as necessary

5. Segregation Housing Unit 8
   - Food preparation areas:
     - Food preparation areas will be swept and mopped after each meal
     - All tables and carts will be wiped with a mild detergent
     - Spot clean food preparation walls daily
     - Remove garbage after each meal preparation
   - Food trays will be collected and returned to the Culinary after each meal

6. Staff:
   - Unit officers are responsible for cleaning the bubble, rest room and empting the trash each shift.
   - Sweep and mop the bubble daily or more often if needed.
     - Use clean mop water when mopping.
     - Mop and mop bucket will be cleaned after each use.
     - Mops will be hung to dry when not in use.
   - Remove garbage three times a day.
     - Garbage cans will be cleaned once a week.
   - Windows will be cleaned daily.
   - Doors and walls as needed. The Day Shift Senior Officer is responsible for ordering cleaning supplies and equipment as needed.

7. Personal hygiene items will be distributed by unit officers in accordance with applicable supply issue standards defined in OP 211B. Personal hygiene items are:
   - Body soap.
   - Razors.
   - Toothpaste.
   - Tooth Brush.
   - Toilet Paper.

## 490.10   HOUSEKEEPING PLAN II — INFIRMARY

1. Inmate Porters:
   - Porters will be assigned through the Classification Committee to work in the Infirmary.
   - Inmate porters are under the direct supervision of the Infirmary officer and nursing staff

2. The Infirmary porters are responsible for the following:
   - Sweep and mop floors daily or more often if needed.
     - Use clean mop water when mopping.
     - Mop and mop bucket will be cleaned after each use.
     - Mops will be hung to dry when not in use.
   - Remove garbage three times a day.
     - Garbage cans will be cleaned once a week.
   - Windows will be cleaned daily, to include sills and frames.
   - Doors and walls as needed.

- Treatment Rooms, Medical Records Room, Nurses and Doctors offices are off limits to inmates unless under the constant supervision of nursing staff.
  - Inmates will not enter the Pharmacy under any circumstances.
- Clean bathrooms, to include showers, daily or more often if needed.
  - Porters will use disinfectant

3. Cells: if an inmate is not ambulatory the porter will clean the cell.
   - Sweep and mop floors daily or more often if needed.
     - Use clean mop water when mopping.
     - Mop and mop bucket will be cleaned after each use.
     - Mops will be hung to dry when not in use.
   - Remove garbage three times a day.
   - Garbage cans will be cleaned once a week.
   - Windows will be cleaned daily.
   - Doors and walls as needed.
   - Bed linen will be changed twice a week or more often if needed.

4. Staff:
   - The nursing staff is required to clean the Pharmacy. (Inmates are prohibited from entering the pharmacy).
     - Sweep and mop floors daily.
     - Counter tops daily.
     - Shelving, doors and refrigerator weekly.
     - Walls monthly.
   - Nurses station:
     - Cleaning the desks, file cabinets, shelves and storage cabinets will be done weekly.
   - Infirmary staff is responsible for issuing cleaning supplies and equipment to inmate porters and inmates housed in the infirmary.
   - The Day Shift Infirmary officer is responsible for ordering cleaning supplies and equipment as needed.

5. Protective Clothing/Equipment:
   - The Director of Nursing/designee shall ensure that all Inmates assigned to Infirmary, are afforded protective clothing when required.
   - Blood spill kits are not inspected monthly. Unit officers are responsible for requesting another kit when one is used.

### 490.11   HOUSEKEEPING PLAN III — CULINARY

1. Inmate Workers:
   - Inmate Workers will be assigned through the Classification Committee to work in the Culinary.
     - Inmate workers must be cleared by the Medical Department.
   - Inmate workers are responsible for maintaining personal hygiene at all times.

2. Staff:
   - Inmate workers are under the direct supervision of the Food Manager.
   - All staff will enforce the culinary dress code.
   - Culinary staff must supervise assigned inmate workers cleaning offices, freezers, refrigerators and dry storage rooms.
   - The Food Manager is responsible for ordering cleaning supplies and equipment as needed.

3. Cleaning and Sanitation:
   - Serving Lines:
     - Clean up spills as they occur on the serving line.
     - Clean the counters, steam tables, trash, walls and floors after each meal.
     - Assist in cleaning the tables, seats, walls and floors in the dining room after each meal.
     - Empty trash cans after each meal or when full.
     - Place all cleaned trays and bowls on drying racks to protect them from being contaminated until the next meal is served.
   - Dining Room:
     - Clean the table and seats as soon as possible after the occupants depart.
     - Clean beverage and salad bar area on a continuous basis during the meal.
     - Clean up any spills that may occur during the meal.
     - Empty trash can as needed during the meal.
     - Clean the tables, seats, walls and floors in the dining room after each meal.
   - Clipper:
     - Wash and store all pots and pans used during food preparation.
     - Wash and sanitize all trays and bowls after use.
     - Sanitize the clipper machine after each meal.
     - Clean out the drains in the pot sink and clipper machine.
     - Sweep and mop the floors.
     - Wipe down the walls and clipper machine.
     - Empty trash cans as needed or at the end of each meal.
   - Cooking Equipment:
     - Clean the cookers, grills, ovens, mixers and other food preparation equipment after each use or meal.
     - Sweep and mop the floors in the food preparation areas.
     - Empty trash cans at the end of each meal or more often as needed.
   - Bakery:
     - Sweep and mop the floors after each meal.
   - Store Room, refrigerators, and freezers:
     - Sweep and mop store rooms, refrigerators, and freezers on a daily basis or more often as needed.
     - Rotate stock in the refrigerator, freezers and dry goods storage.

4. Culinary offices:
   - Sweep and mop on a daily basis.
   - Trash emptied daily.

HOUSEKEEPING AND                                           Page 8 of 15
SANITATION                    OP 490                       7/13/2015
              SOUTHERN DESERT CORRECTIONAL CENTER

5. Restrooms:
   - Sweep and mop on a daily basis.
     - Use clean mop water when mopping.
     - Clean mop and mop bucket after each use.
     - Hang mops to dry when not in use.
   - Empty trash daily.
   - Clean urinal, toilet and sink daily with a mild disinfectant.

6. Grease Tanks:
   - Grease tanks will be pumped monthly.

7. General
   - Thoroughly rinse all mops after use and hang to dry.
   - Empty and store all mop buckets as appropriate.
   - Empty all trash cans on a daily basis or more often as needed.
   - Clean around and under compactor after use to ensure all debris and associated waste is removed from the area.
   - Adhere to all related cleaning standards and requirements referenced in Culinary Operations and Management OP 269

### 490.12   HOUSEKEEPING PLAN IV — GYMNASIUM

1. Inmate Workers:
   - Inmate Porters will be assigned through the Classification Committee to work in the Gym.
   - Inmates are under the direct supervision of the Recreational Supervisor.
     - The Recreational Supervisor is responsible for ordering of cleaning supplies and equipment.

2. The Gym porters are responsible for the following:
   - Sweep and mop the floors daily or more often if needed.
     - Use clean mop water when mopping.
     - Mop and mop bucket will be cleaned after each use.
     - Mops will be hung to dry when not in use.
   - Sweep front walkway daily or as needed.
   - Remove garbage three times a day.
     - Garbage cans will be cleaned once a week.
   - Doors and walls will be cleaned as needed. Sweep and mop the office (under supervision of the Recreational Supervisor). Clean the rest room daily or more often if needed.
     - Toilets, urinals, sinks and showers will be scrubbed daily using a disinfectant.
   - Dust and wipe weight equipment with disinfectant daily.

### 490.13  HOUSEKEEPING PLAN V — VISITING ROOM

1. **Inmate** Porters:
   - Inmate Porters will be assigned through the Classification Committee to **work** in the Visiting **Room.**
     - Inmates are under the direct supervision of the Visiting Room Officers.
     - The Visiting Room Officers are responsible for ordering of cleaning supplies and equipment.

2. The porters are responsible for the following:
   - Sweep and mop Visiting **Room** floors daily or more often if needed.
     - Use clean mop water when mopping.
     - Mop and mop bucket will be cleaned after each use.
     - Mops will be hung to dry when not in use.
   - **Remove** garbage two times a day.
     - Garbage cans will he cleaned once a week.
   - Windows will be cleaned daily, to include sills and frames.
   - Doors and walls will be cleaned as needed. as needed.
   - Clean restrooms daily or as needed.
     - Toilets, urinals, sink and floors will be scrubbed or mopped daily using a disinfectant.
   - Clean the microwaves, shelves, food machines, strollers and baby carriers each day or as needed.

### 490.14  HOUSEKEEPING PLAN VI — TOWERS/GYM GUN POST

1. Assigned tower officers are responsible for the following:
   - Sweeping the floor prior to relief.
   - Cleaning **the** toilet and sink with a mild disinfectant prior to relief.
   - Empty the trash prior to relief.
     - Trash bags will not be thrown from the cat-walk.
     - Trash bags will be carried down and placed in a trash receptacle.
   - The Day Shift officer is responsible for ordering cleaning supplies and equipment as needed.

### 490.15  HOUSEKEEPING PLAN VII — SERGEANT/LIEUTENANT'S OFFICES

1. Inmate Porters:
   - The inmate porters will be assigned through the Classification Committee to **work** in the Sergeant/Lieutenant Office.
     - Inmates are under the direct supervision of the Sergeant and/or Lieutenant.
     - The Day Shift Sergeant is responsible for ordering of cleaning supplies and equipment.

2. The porters are responsible for the following:
   - Sweep, mop or vacuum the floors daily or more often if needed.
     - Use clean mop water when mopping.
     - Mop and mop bucket will be cleaned after each use.
     - Mops will be hung to dry when not in use.
     - Empty the vacuum bag as needed.

- Remove garbage two times a day.
  - Garbage cans will be cleaned once a week.
- Windows will be cleaned daily, to include sills and frames.
- Doors and walls will be cleaned as needed.
- Clean restrooms twice daily or as needed.
  - Toilets, urinals, sink and floors will be scrubbed or mopped daily using a disinfectant.
- Clean the microwaves each day or as needed.

### 490.16    HOUSEKEEPING PLAN VIII — ADMINISTRATION BUILDING

1. Inmate Porters:
   - Inmate porters will be assigned from Three Lakes Valley Conservation Camp.
   - The Administrative Assistants will supervise the inmates when cleaning the offices of the Warden, Associate Warden of Programs, Administrative Services Officer.

2. The porters are responsible the tasks listed for each of the following areas:
   - Administration
     - Vacuum daily or more often if needed.
     - Empty the vacuum bag as needed.
     - Remove garbage daily.
     - Clean garbage cans once a week.
     - Clean windows will daily, including sills and frames.
     - Sweep and mop as requested.
     - Water plants in atrium as needed.
     - Clean doors and walls as needed.
     - Clean the microwaves each day or as needed.
     - Dust furniture daily or as requested.
     - Clean restrooms daily or as needed.
     - Scrub and clean toilets, urinals, and sinks; and clean and mop floors daily using a disinfectant.
   - Tunnel.
     - Sweep and pick-up trash daily.
   - Visiting Waiting Room and Control Sally Port.
     - Sweep and mop the floors daily or more often if needed.
     - Use clean mop water when mopping.
     - Clean mop and mop bucket after each use.
     - Hang mops to dry when not in use.
     - Remove garbage two times a day.
     - Clean garbage cans once a week.
     - Clean windows daily, to include sills and frames.
     - Clean doors and walls will be cleaned as needed.

### 490.17    HOUSEKEEPING PLAN IX — EDUCATION/ PROGRAMS BUILDING

1. Inmate Workers:
   - Inmate Porters will be assigned through the Classification Committee.

- Inmates are under the direct supervision of the respective staff member.
    - The respective staff member is responsible for ordering of cleaning supplies and equipment.

2. These porters are responsible for the following:
   - Sweep, mop or vacuum floors daily or more often if needed.
     - Use clean mop water when mopping.
     - Mop and mop bucket will be cleaned after each use.
     - Mops will be hung to dry when not in use.
     - Empty vacuum bags as needed.
   - Sweep front walkway daily or as needed.
   - Remove garbage three times a day.
     - Garbage cans will be cleaned once a week.
   - Doors and walls will be cleaned *as* needed.
   - Sweep and mop the office (under supervision).
   - Clean the rest room daily or more often if needed.
     - Toilets, urinals, sinks and floors will be scrubbed or mopped daily using a disinfectant.
   - Dust window sills and furniture weekly.

### 490.18    HOUSEKEEPING PLAN X — MAIN YARD

1. Inmate Workers:
   - Inmate workers will be assigned through the Classification Committee.
   - Inmates are under the direct supervision of the Inmate Work Detail (Yard Labor Crew) officer.
     - The IWD officer is responsible for ordering of cleaning supplies and equipment.

2. These workers are responsible for the following:
   - Sweep walkways daily.
   - Remove garbage three times a day.
     - Garbage cans will be a cleaned once a week
   - Rake up trash or other debris off rocks.
   - Pick weeds as needed.

### 490.19    OPERATIONS BUILDING

1. Inmate Workers:
   - Inmate Porter will be assigned through the Classification Committee.
   - The Administrative Assistant will supervise the inmate porter when cleaning the office of the Associate Warden responsible for Operations.
     - The Administrative Assistant is responsible for ordering of cleaning supplies and equipment.
   - Other respective staff members are responsible for supervising the inmate porter when cleaning their offices.

2. This porter is responsible for the following:
   - Sweep, mop or vacuum floors daily or more often if needed.
     - Use clean mop water when mopping.
     - Mop and mop bucket will be cleaned after each use.
     - Mops will be hung to dry when not in use.
     - Empty vacuum bags as needed.
   - Remove garbage three times a day.
     - Garbage cans will be cleaned once a week.
   - Doors and walls will be cleaned as needed.
   - Sweep and mop the office (under supervision).
   - Clean the rest room daily or more often if needed.
     - Toilets, urinals, sinks and floors will be scrubbed or mopped daily using a disinfectant.
   - Dust window sills and furniture weekly.
   - Staff Locker Rooms.
     - Sweep and mop the floors daily or more often if needed.
     - Use clean mop water when mopping.
     - Mop and mop bucket will be cleaned after each use.
     - Mops will be hung to dry when not in use.
     - Remove garbage two times a day.
     - Garbage cans will be cleaned once a week.
     - Doors and walls will be cleaned as needed.
     - Toilets, urinals, sink will be scrubbed daily using a disinfectant

### 490.20   HOUSKEEPING PLAN XI — OUTER PERIMETER AND PARKING LOT

1. Inmate Workers:
   - Inmate porters will be assigned from Three Lakes Valley Conservation Camp.
   - Inmates are under the direct supervision of the Inmate Work Detail (IWD) officer.
     - The IWD officer is responsible for ordering of cleaning supplies and equipment.

2. These workers are responsible for the following:
   - Sweep walkways daily.
   - Remove garbage twice a day.
     - Garbage cans will be cleaned once a week.
   - Rake up trash or other debris off rocks.
   - Pick weeds as needed

### 490.21   HOUSEKEEPING PLAN XII — LAUNDRY

1. Inmate Workers:
   - Inmate workers will be assigned through the Classification Committee to work in the Laundry.
   - Inmates are under the direct supervision of the Laundry Manager and officer.
     - The Laundry Manager is responsible for ordering of cleaning supplies and equipment.

2. The inmate Laundry workers are responsible for the following:
   - Sweep and mop the floors daily or more often if needed.
     - Use clean mop water when mopping.
     - Clean mop and mop bucket after each use.
     - Hang mops to dry when not in use.
   - Sweep front walkway daily or as needed.
   - Remove garbage as needed.
     - Clean garbage cans once a week.
   - Clean doors and walls as needed.
   - Sweep and mop the office (under supervision of the laundry officer).
   - Clean the rest room daily or more often if needed.
     - Clean and scrub toilets, urinals, sinks and showers daily using a disinfectant.
   - Dust and wipe equipment with disinfectant daily.
   - Clean windows daily, to include sills and frames.
   - Clean washer drains daily or more often as needed.
   - Clean area behind the dryers weekly or more often as needed.

### 490.22    MAINTENANCE DEPARTMENT/PRISON INDUTRIES

1. Inmate Workers:
   - Inmate Workers will be assigned through the Classification Committee to work in the Maintenance Department or Prison Industries.
   - Inmates are under the direct supervision of the respective shop supervisor.
     - The respective shop supervisor is responsible for ordering of cleaning supplies and equipment.

2. The inmate workers are responsible for the following:
   - Sweep and mop the floors daily or more often if needed.
     - Use clean mop water when mopping.
     - Mop and mop bucket will be cleaned after each use.
     - Mops will be hung to dry when not in use.
   - Sweep front walkway daily or as needed.
   - Remove garbage as needed.
     - Garbage cans will be cleaned once a week.
   - Doors and walls will be cleaned as needed.
   - Sweep and mop the office (under supervision of the respective shop supervisor).
   - Clean the rest room daily or more often if needed.
     - Toilets, urinals, sinks and showers will be scrubbed daily using a disinfectant.
   - Dust and wipe equipment daily.
   - Windows will be cleaned daily, to include sills and frames.

3. The ASO/designee shall ensure that protective clothing is provided to those inmates assigned to maintenance and **PI** shops that require it.
   - That an area is designated for storage of this protective gear.

4. Material Storage:
   - Respective shop supervisors are responsible for the orderly and safe storage of materials inside and outside of the shop.

**ATTACHMENTS:**

None

**Signature Authority:**

| Warden of Facility: | Associate Warden: |
|---|---|
| Brian E. Williams, Sr. (Printed Name)  (Signature) | Minor Adams (Printed Name)  (Signature) |
| Deputy Director: | Associate Warden: |
| E.K. McDaniel (Printed Name)  (Signature) | Frank Dreesen (Printed Name)  (Signature) |

**INMATE ACCESSIBLE:** ✓ YES  ___ NO

HOUSEKEEPING AND
SANITATION
OP 490
SOUTHERN DESERT CORRECTIONAL CENTER

Page 15 of 15
7/13/2015