UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MARCELL WILLIAMS, | ) ) | CASE NO. 2:20-cv-000639-RFB-BNW |
| Plaintiff, | ) ) | |
| v. | ) ) | **VIDEO TELECONFERENCE & TELEPHONE CONFERENCE APPEARANCE ORDER** |
| WARDEN, SDCC, et al., | ) ) | |
| Defendant. | ) ) ) | |

      In Response to General Order 2020-5 by the Chief Judge of this District in which she has specifically authorized video teleconferences and telephone conferences pursuant to Section 15002(b) of the CARES Act, this Court has reviewed the record in this case and finds pursuant to Section 15002(b) that delay of the Hearing regarding the Temporary Restraining Order until an in-person hearing can be safely arranged would do harm to the interests of justice.

      Accordingly,

      IT IS ORDERED that a Video Teleconference & Telephone Conference Appearance Hearing regarding the *Temporary Restraining Order* set for April 16 2020 a 2:00 PM in LV Courtroom 7C before Judge Boulware, II.

      IT IS FURTHER ORDERED that defense counsel shall submit any relevant written submissions, as ordered, due no later than 6 :00 PM on April 13, 2020. Defense counsel shall facilitate the distribution of the attached videoconference and telephone appearance order to the plaintiff by facsimile for the plaintiff's signature and submission to the Court the day of the hearing.

      IT IS FURTHER ORDERED that members of the public may access and listen to this proceeding by telephone. Members of the public who want to listen to this hearing must *call AT&T no later than five (5) minutes prior to the hearing at 1 (877)336-1829, and provide Access Code 3616356.* Members of the public are not permitted to speak while listening to this proceeding.

      IT IS FURTHER ORDERED that no one or entity or organization, including but not limited to counsel, counsel's agents or staff, the Defendant, law enforcement agents/officers, members of the public, who participate in or listen to this proceeding may record it in any manner. Any individual, entity or organization that records this proceeding without written authorization of the Court shall be subject to civil and/or criminal contempt penalties by this Court.

IT IS FURTHER ORDERED that defense counsel shall provide all necessary documents to the plaintiff in advance of the hearings by facsimile, including the waiver of in person appearance form attached to this order.

IS FURTHER ORDERED that defense counsel shall facilitate and arrange the telephonic appearance of plaintiff for this hearing. Defense counsel shall provide the facilities' contact number to the court for plaintiff's telephonic appearance

IT IS FURTHER ORDERED that defense counsel shall contact the Courtroom Administrator at "*blanca_lenzi@nvd.uscourts.gov*" or (702) 464-5470 with information on how the counsel for defendant will participate in the video conference. If the defendant will be appearing at the hearing using his/her own equipment, the defense counsel must confirm with the Courtroom Administrator that the defendant's equipment is compatible with the Court's conference technology. Defense counsel must also provide the defendant's contact information for the videoconference and teleconference in the event of any technical difficulties.

IT IS FURTHER ORDERED that the parties shall file any necessary signed documents as ordered by the court as to the scheduled hearing consistent with General Order 2020-05.

DATED: April 10, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**