# EXHIBIT 5 – Declaration of Southern Desert Correctional Center Warden Jerry Howell filed in Kerkorian v. State of Nevada, 2:20-cv-00950

AARON D. FORD
Attorney General
D. Randall Gilmer (Bar No. 14001)
Chief Deputy Attorney General
State of Nevada
Office of the Attorney Generals
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3427
Facsimile: (702) 486-3773
Email: drgilmer@ag.nv.gov
*Attorneys for Specially Appearing Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY KERKORIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA DEPARTMENT OF CORRECTIONS (NDOC) *et al.*<br><br>Defendants. | Case No. 2:20-cv-00950<br><br>**DECLARATION OF SOUTHERN DESERT CORRECTIONAL CENTER WARDEN, JERRY HOWELL** |

I, Jerry Howell, hereby declare based on personal knowledge and/or information and belief, that the following assertions are true.

1. I am currently employed by the Nevada Department of Corrections (NDOC) as Warden of Southern Desert Correctional Center (SDCC). As warden, I am responsible for overseeing all aspects of SDCC. This includes ensuring all NDOC policies, practices and procedures are implemented and followed by all persons incarcerated with the NDOC and housed at SDCC, SDCC staff, and to the extent applicable, outside vendors, volunteers and visitors to the facility.

2. As warden I am also responsible for the health and welfare of all individuals who enter SDCC, whether they do so for work reasons or as an incarcerated individual inmate who has been assigned to SDCC. The best way to maintain health and welfare is to prevent infectious diseases from being introduced to SDCC as much as possible.

3.      The COVID-19 pandemic has made this responsibility more pronounced.  As warden, I have instructed my staff to comply with all protective protocols communicated by the NDOC's medical director, Dr. Minev. Director Daniels and Deputy Director Wickham hold me accountable to ensure that these safety standards are implemented and followed.

4.      As Warden of SDCC, I have ultimate responsibility to ensure the institution is properly staffed to protect the health and welfare of everyone within the walls of SDCC, from inmates to visitors (none of which are currently permitted) to all NDOC employees.

5.      In that regard, on March 19, 2020 I authored a memorandum regarding COVID-19 that I instructed was to be posted in all housing units and other conspicuous places throughout SDCC.  In addition to posting the March 19, 2020 memorandum, I directed the information to be shown on the inmate closed circuit television channel on a constant loop. This memorandum, as well as a photograph indicating that it is posted in Mr. Kerkorian's housing unit, is attached to this Declaration as Attachment 1. The memo is also posted on the window to the day room available to all inmates in Kerkorian's unit.

6.      I am also responsible for ensuring all SDCC inmates are properly accounted for. To assist in this responsibility, SDCC utilizes the Nevada Offender Tracking Information System (NOTIS) to properly record inmate housing locations.  A review of the SDCC Unit Roster confirms inmate Kerkorian is currently housed in Unit 3. The Unit Roster also confirms that Kerkorian is housed individually in his cell, where he is assigned the lower bunk. This is signified by the "A" that follows the cell number on the Unit Roster sheet. A redacted copy of this roster (and Historical Bed Assignment) is attached to this Declaration as Attachment 2. The roster sheet has been redacted in order to protect the identity of the other incarcerated individuals within Unit 3.

7.      Kerkorian's day, as an inmate housed in Unit 3, begins by being released at approximately 6:00 a.m. for breakfast. Inmates have access to tier starting at 8:00 a.m. until 11:00 a.m. and then from approximately 12:00 p.m. until 1:30 p.m. Afternoon tier time from approximately 1:40 p.m. until 3:00 p.m. There is sufficient room in the tier to permit inmates to practice social distancing should they choose. In addition, Kerkorian (like all inmates) is free to remain in his cell during this time if he wishes. Unit 3 inmates are released for dinner at approximately 4:00 p.m. Upon conclusion of the dinner meal being served the inmate again has voluntary tier access until approximately 9:45 p.m.  The term "tier/tier time"

encompasses the option for the inmate to make phone calls, utilize showers and day rooms. During the course of a seven (7) day period, inmates in Unit 3 have access to gym and small yard twelve (12) times, but again Kerkorian may choose to not participate should he desire to remain in his cell. The tier, gym, and small yard are cleaned and sanitized as referenced pursuant to the policies and procedures discussed further in ¶¶ 13–17 of this Declaration.

8.      As with all staff at SDCC, those staff responsible for preparing and providing the meals are required to wear masks and gloves.

9.      Kerkorian is not involved in any programming or employment programs.

10.      Photographs of Kerkorian's cell were previously taken to provide to the Nevada Supreme Court in order to respond to Kerkorian's unsuccessful attempt to obtain relief from that court. As the conditions of his confinement have not changed, e.g., he remains in that cell by himself, I have provided those photographs as Attachment 3 to this Declaration. The photograph of the interior of the cell establishes that Kerkorian has his own toilet. While not depicted in the cell, I attest that there is also a sink in Kerkorian's cell.  The photograph of Kerkorian's cell also establishes that it is very organized and orderly.

11.      Kerkorian also has a television. This means that in addition to the memo that is affixed to the wall of his housing unit in a conspicuous location, he has access to COVID–19 education on the closed circuit television channel. In addition to the memo, this close circuit inmate channel contains all up-to-date information relating to all COVID–19 policies and procedures implemented at SDCC.

12.      Kerkorian, along with all inmates are able to practice social distancing within their cells. Because Kerkorian is housed by himself, he is able to practice social distancing by himself.

13.      Prior to COVID-19, SDCC would issue cleaning supplies weekly to inmates upon request. Since the COVID-19 outbreak, we have increased cleaning supplies and have authorized staff to issue upon request as needed. The Unit Officers are aware that should they run low on cleaning supplies to simply ask our cleaning/chemical supply officer for more. We have also doubled the amount of hand and body soap inmates were previously getting, and have authorized staff to issue upon request should the inmates run out. In order to ensure this directive, Lt. Dean Willett was directed to email all staff on April 3, 2020. The email explicitly directed staff that "when issuing weekly supplies, [they are] to double up

the amount of soap given to inmates," and that should an inmate ask for additional soap, it is to be "give[n] to them." A copy of this email is attached provided with this Declaration as Attachment 4.

14. SDCC's cleaning procedures are set forth in SDCC Operational Procedure (OP) 211B. This operational procedure provides the amount, type and frequency of cleaning supplies made available to the inmates and/or staff within housing units. These products are crucial to ensure a healthy and hygienic work and living space. The information contained in OP 211B is a true and accurate representation of the types of supplies provided as well as the quantity available for the inmates. The current copy of this OP is located at Attachment 5 of this Declaration.

15. It is important to note these requirements are over and beyond the steps I have required staff to implement during the current pandemic gripping the world outside the walls of the SDCC. These steps include my mandate that all housing units and entry doors to be cleaned at a minimum once every two hours. The dining rooms and gym are cleaned after every use. And finally, the maintenance areas are mandated to be cleaned at least once every hour. These cleaning time requirements are merely minimums which are often exceeded.

16. The directives referenced in paragraphs 13–15 are in addition to the general requirements of Operational Procedure 490 (OP 490), effective July 3, 2015. This operational procedure, located at Attachment 6 to this Declaration, makes clear that "[i]t is the responsibility of all staff directly involved in supervising a shop, housing unit or any other area ... to maintain constant surveillance of that area to ensure acceptable sanitization practices are followed on a daily basis." OP 490.02(1). Staff are also empowered to provide "appropriate protective clothing ... should reasonable precautions dictate the use of such clothing." OP 490.02(2). And finally, inmates are expected and required to assist in these cleaning efforts by "maintain[ing] sanitary conditions, personal hygiene, and cleanliness," which includes using the "cleaning equipment or material issued to them." OP 490.03(1). Inmates are also reminded of the requirement to "[r]eport all illness or disease" that may "require treatment." *Id.*

17. I reiterate the mandatory time frames for ensuring sanitization referenced paragraph 12, as well as the supplies provided to inmates in OP 490 and OP 211B as referenced in paragraphs 11–13 are minimum requirements, and that these requirements are often exceeded to ensure a sanitized and safe environment are maintained throughout SDCC.

18.     For ease of reference, below is a list of various cleaning supplies either readily available to all inmates, including Kerkorian, or available and used to ensure proper sanitization:

- Brooms
- Brushes
- Mops (2/wk)
- Dust Pans
- Scouring Pads (3 cases/wk)
- Sponges (3 cases/wk)
- Gloves (200/wk)
- Hand Soap
- Touch Free Soup Dispensers
- Ajax (2 cans/wk)
- Bleach (50% diluted; 1 gal/wk)
- All Purpose Cleaning Paks (70/wk)
- Paper Towels (5 Bundles/wk)

- Liquid Hand Soap
- Floor Cleaner
- Bathroom Cleaner
- Disinfectant (1 gal/wk)
- Peroxide  Cleaner (½ gal/wk)
- Vinegar (½ gal/wk)
- Stainless Steel Cleaner
- Lemon–Up
- Lime A Way
- Neutral Cleaning Paks
- Dishsoap
- Soap (3 per inmate/wk)
- All Purpose Cleaner (2 gals/wk[1]

19.     In addition to hand soap and other personal cleaning supplies provided, since April 8, 2020, all SDCC inmates have had access to hand sanitizer. While it was hoped this could be a keep on person item, because inmates abused the privilege, the hand sanitizer is now made available upon request to each inmate. The inmate can then use an appropriate amount while in the presence of a correctional officer.

20.     I can also attest to the precautions taken regarding all inmates that are transferred to SDCC from other NDOC institutions. These precautions are followed when an inmate who is housed at SDCC has to be transported outside of SDCC for an essential purpose that cannot be rescheduled. In this regard, I affirm that all inmates arriving at SDCC are placed in housing Unit 7, which has been designated as SDCC's isolation or quarantine unit. The general rule is that these inmates remain in Unit 7 for at least fourteen (14) days. In the event that any of these inmates exhibit COVID-19 related symptoms, they shall be removed from Unit 7 to an isolated area within the medical building for observation, and shall remain isolated from the general prison population, employees and other persons as is reasonably possible with medical treatment provided under the direction and guidance of the medical department. COVID-19 test kits are available at SDCC for use, if medical personnel believe that a test to rule on COVID-19 is prudent. Further, any decision to remove an inmate from quarantine is made by medical personnel based on the

---

[1] Attachment 5, § 211.01(5).

guidelines, policies and procedures Dr. Minev has implemented. I have no authority to override those medical decisions.

21.     As of the date of this Declaration, only one correctional officer assigned to SDCC has tested positive for COVID–19. That test occurred on April 7, 2020. The correctional officer worked in various housing units prior to the officer's last date of work on March 20, 2020. The correctional officer had not worked at SDCC since working a partial shift on March 20, 2020. Due to the length of time in which the correctional officer had last worked at SDCC to the time of his positive test, it was my understanding that medical concluded there was no reason to quarantine or isolate inmates who may have had close contact with the correctional officer on or before March 20, 2020. Had any inmate—then or now—exhibited any symptoms of possible COVID–19 infection, those inmates would have been isolated under the procedures noted in ¶ 20 of this Declaration. This correctional officer has yet to be medically cleared to return to work. Therefore, no inmate or NDOC staff have had contact with this individual since at least March 20, 2020.

22.     No SDCC inmate has tested positive for COVID–19.

23.     The NDOC has made the policy decision to begin testing all inmates and staff at all NDOC institutions. This mandatory testing began at SDCC on June 8, 2020.

24.     Since the filing of my last Declarations relating to Mr. Kerkorian and Mr. Williams, SDCC has implemented the following additional safety precautions:

> a.     Any staff member who transports inmates to a medical appointment or the hospital receives a COVID test weekly; and
>
> b.     As of April 27, 2020, all individuals who enter SDCC are required to wear a mask. This change is an increase from the previous policy that only required the wearing of a mask in the presence of inmates or when screening individuals entering SDCC.

25.     These two policies are consistent with advice and guidance provided by Dr. Minev and are designed to complement the following additional policies that Dr. Minev has required and that I have implemented at SDCC.  These policies include:

a.   Making masks available to all inmates upon request, which are anticipated to arrive this week;

b.   Not permitting any COVID–19 correctional officer to return to work until cleared by Dr. Minev based on the objective and mandatory procedures he has put in place; and

c.   N95 masks are required to be worn when any inmate is transported off NDOC property regardless of whether there is any potential COVID–19 known exposure. N95 masks are also required for internal transfers or movement with SDCC when there is any concern that the person being transported may have been in close contact with a COVID–19 positive or positive suspected patient.

26.   I also affirm that SDCC has instituted an Emergency Operation Center (EOC) as ordered to so by Deputy Director Wickham. The EOC is tasked with tracking and providing up-to-date information regarding COVID–19 issues affecting SDCC, including issues relating to individual staff members and inmates.

27.   I also confirm that SDCC has held Town Hall Meetings every Tuesday and Friday since March 18, 2020.  Kerkorian has had the opportunity to participate in any Town Hall meeting that has been held in his Unit.

28.   Based on Kerkorian's stated concerns in this lawsuit as well as in the dismissed lawsuit filed before the Nevada Supreme Court, I have directed my staff to review Kerkorian's grievance file and NOTIS for the purpose of determining whether he has filed any emergency grievance or informal grievance. As of the date of this Declaration, Kerkorian has not availed him of this readily accessible and mandatory grievance procedure. This includes no grievances filed relating to COVID–19. I have also confirmed with medical that he has not requested any medical visits generally or for COVID–19 concerns specifically.

/./././

/./././

/./././

/./././

29.     I declare under penalty of perjury pursuant to 28 U.S.C. section 1746 that the foregoing is true and correct.

EXECUTED this 12th day of June, 2020.

/s/ Jerry Howell*
Jerry Howell
Warden, SDCC
Nevada Department of Corrections

* Pursuant to Temporary General Order 2020-05, entered by Chief Judge Du on March 30, 2020, https://www.nvd.uscourts.gov/wp-content/uploads/2020/03/GO-2020-05-re-COVID-19-Remote-Hearings.pdf, Warden Howell has authorized counsel to affix his electronic signature to this Declaration. If counsel has misconstrued this Temporary Order, a signed copy will be provided to the Court upon request.

# Attachment 1: Memorandum Dated March 19, 2020



Southern Desert Correctional Center
20825 Cold Creek Road
P.O. Box 208
Indian Springs, NV
89070-0208
Phone: 702-879-3800
Fax: 702-879-1212

**State of Nevada**
**Department of Corrections**

Steve Sisolak
*Governor*

Charles Daniels
*Director*

Jerry Howell
*Warden*

# *MEMORANDUM*

| To: | All Inmates |
|---|---|
| From: | Warden Jerry Howell |
| Date: | March 19, 2020 |
| Subject: | Coronavirus – Information |

SDCC is taking precautionary measures in an effort to prevent Coronavirus or COVID-19 from coming into this institution. These measures include:

1. Medical screening of all people entering the institution every time they enter.
2. Anyone exhibiting symptoms are not allowed to enter until cleared by a medical provider in the community.
3. Limiting the people entering the institution to those that are essential to the operations of the institution.
4. Conducting sick call in the units.

While there are no cases of the Coronavirus or COVID-19 currently within the Nevada Department of Corrections here are some precautionary measures you can take to help keep it that way:

1. Wash your hands often
2. Shower when scheduled.
3. Do not touch your face
4. Clean & sanitize your cell and common areas often (you are provided neutral cleaner which is a disinfectant)
5. Cover your sneezes and coughs
6. Eliminate person to person contact (handshakes, etc.)
7. Report any symptoms immediately
   Symptoms:
   1. Flu like symptoms such as fever, body aches, dry cough or shortness of breath.



Southern Desert Correctional Center
20825 Cold Creek Road
P.O. Box 208
Indian Springs, NV
89070-0208
Phone: 702-879-3800
Fax: 702-879-1212

**State of Nevada**
**Department of Corrections**

Steve Sisolak
*Governor*

Charles Daniels
*Director*

Jerry Howell
*Warden*

# *MEMORANDUM*

| | |
|---|---|
| **To:** | **All Inmates** |
| **From:** | **Warden Jerry Howell** |
| **Date:** | **March 19, 2020** |
| **Subject:** | **Coronavirus – Information** |

SDCC is taking precautionary measures in an effort to prevent Coronavirus or COVID-19 from coming into this institution. These measures include:

1. Medical screening of all people entering the institution every time they enter.
2. Anyone exhibiting symptoms are not allowed to enter until cleared by a medical provider in the community.
3. Limiting the people entering the institution to those that are essential to the operations of the institution.
4. Conducting sick call in the units.

While there are no cases of the Coronavirus or COVID-19 currently within the Nevada Department of Corrections here are some precautionary measures you can take to help keep it that way:

1. Wash your hands often
2. Shower when scheduled.
3. Do not touch your face
4. Clean & sanitize your cell and common areas often (you are provided neutral cleaner which is a disinfectant)
5. Cover your sneezes and coughs
6. Eliminate person to person contact (handshakes, etc.)
7. Report any symptoms immediately
   Symptoms:
   1. Flu like symptoms such as fever, body aches, dry cough or shortness of breath.



Southern Desert Correctional Center
20825 Cold Creek Road
P.O. Box 208
Indian Springs, NV
89070-0208
Phone: 702-879-3800
Fax: 702-879-1212

**State of Nevada
Department of Corrections**

Steve Sisolak
*Governor*

Charles Daniels
*Director*

Jerry Howell
*Warden*

# *MEMORANDUM*

| | |
|---|---|
| **To:** | **All Inmates** |
| **From:** | **Warden Jerry Howell** |
| **Date:** | **March 19, 2020** |
| **Subject:** | **Coronavirus – Information** |

SDCC is taking precautionary measures in an effort to prevent Coronavirus or COVID-19 from coming into this institution. These measures include:

1. Medical screening of all people entering the institution every time they enter.
2. Anyone exhibiting symptoms are not allowed to enter until cleared by a medical provider in the community.
3. Limiting the people entering the institution to those that are essential to the operations of the institution.
4. Conducting sick call in the units.

While there are no cases of the Coronavirus or COVID-19 currently within the Nevada Department of Corrections here are some precautionary measures you can take to help keep it that way:

1. Wash your hands often
2. Shower when scheduled.
3. Do not touch your face
4. Clean & sanitize your cell and common areas often (you are provided neutral cleaner which is a disinfectant)
5. Cover your sneezes and coughs
6. Eliminate person to person contact (handshakes, etc.)
7. Report any symptoms immediately
   Symptoms:
   1. Flu like symptoms such as fever, body aches, dry cough or shortness of breath.

RA000125

Case 2:20-cv-00950-RFB-BNW   Document 13-6   Filed 06/22/20   Page 14 of 56

# Attachment 2: Historical Bed Assignments



**State of Nevada**
**Department of Corrections**
**Unit Roster**
**SDCC-U3-A**

Caseload  SDCC

| Living Unit | Inmate Name | Status | Ethnicity | Faith | Prog Assgn | Work Assgn |
|---|---|---|---|---|---|---|
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | | |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | ▆ | |
| | | | | | ▆ | |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | | ▆ |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | | ▆ |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | | ▆ |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | | ▆ |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | | |
| ▆▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆ | ▆ | |



# State of Nevada
## Department of Corrections
### Unit Roster
### SDCC-U3-A

**Caseload   SDCC**



| Living Unit | Inmate Name | Status | Ethnicity | Faith | Prog Assgn | Work Assgn |
|---|---|---|---|---|---|---|

Report Name: NVRUR
Reference Name. NOTIS-RPT-OR-055 8
Run Date  APR-14-20 12:19 PM

Page 2 of 3



**State of Nevada**
**Department of Corrections**
**Unit Roster**
**SDCC-U3-A**

Caseload  SDCC

| Living Unit | Inmate Name | Status | Ethnicity | Faith | Prog Assgn | Work Assgn |
|---|---|---|---|---|---|---|
| SDCC-U3-A-33-A | KERKORIAN,GREGORY 1224824 | IN | CAU | NON | | |
| SDCC-U3-A-33-B | | | | | | |
| | | | | | | |
| **62** | **Units Occupied out of**     **68** | | | | | |
| | | | | | | |
| **62** | **Total units occupied out of**     **68** | **Total Units** | | | | |

# State of Nevada
## Department of Corrections

Historical Bed Assignments

**Offender Name:** KERKORIAN, GREGORY  **Status:** ACTIVE-IN
**NDOC ID:** 1224824  **Booking Begin Date:** 10/31/2019
**Booking No:** 2019-098944  **Booking End Date:**

| Location | Assignment Begin Date | Assignment End Date |
|---|---|---|
| NNCC-RC | 10/31/2019 | 10/31/2019 |
| NNCC-U8-A-4-A | 10/31/2019 | 11/04/2019 |
| NNCC-U7-A-33-A | 11/04/2019 | 11/13/2019 |
| NNCC-U1-B-7-D | 11/13/2019 | 11/19/2019 |
| SDCC-RC | 11/19/2019 | 11/19/2019 |
| SDCC-U3-B-6-A | 11/19/2019 | 12/02/2019 |
| SDCC-U3-A-33-A | 12/02/2019 | Offenders Current Location |

# Attachment 3: Photographs of Cell

Case 2:20-cv-00950-RFB-BNW Document 13-6 Filed 06/22/20 Page 20 of 50





# Attachment 4:
# E-mail from Lt. Dean Willett to All Staff Dated April 3, 2020

| | |
|---|---|
| **From:** | Dean Willett <dwillett@doc.nv.gov> |
| **Sent:** | Friday, April 3, 2020 10:34 AM |
| **To:** | Anthony Bieszczat; Alicia BLOM; Alfonso Garcia; Albert Cole; Angela Whiteford; Adrian Garcia; Arthur Emling; Arturo Espino; Ayton Feliciano; Amanda Hoerster; Aaron Holmes; Anthony Cox; Alejandro Arias; Alexandro Ledesma; Alexander Hillard; Andrew Hunt; Amanda Moylan; Anthony Payne; Angel Robles; Alonzo Romero; Arnold Toombs IV; Andres Vega; Billie Allen; Bo Heaton; Bret Kessinger; Bridger Oberg; Brent Palmer; Brandon Harris; BRENDA WILLIAMS; Brian Rivas; Brandon Rudolph; Bryan Shields; Brett Stelly; Benjamin Tafolla; Carrie Alvarado; Carl Arnold; Christopher Stevens; Cody Castiglioni; Christopher Day; Charles Carter; Carlin Taylor; Christopher Harris; Chase Ledoux; Christopher Martinez; Carl Jatico; Charles Lacey; Christopher Murray; Chase Shelley; Carlos Tapia; Clemente Vargas IV; Douglas Robinson; David Beachler; Diana Bejar; David Dalman; David Deluna; Duncan Dokiwari; Derrick Kelly; David Garay; Daniel Hancock; David Jaeger; David Levins; Duane McCarthy; Delia Gomez; Domingo Quintanilla; Daniel Adams; Dejaunee Brooks; Dee Speigle; Devlin Thompson; Deshawn Stewart; David Wachter; Dean Willett; Efrain Corona; Eric Graybeal; Eric Jones; Elias Rasmussen; Eddie Nivitanont; Edwin pagan; Erik Rea; Eric Reyes; Ernesto Castillo; Erika Sanchez; Evan Schneider; Emilio Vignapiano; Francisco Bautista; Freddy Benitez; federico Fonseca; Francisco Solorio-Cuevas; Gary Bryant; GARY ECKHARDT; Gregory Giannokostas; Grace Moran; Garrick Raymond; Harold Allen; Henry Hackett; Harold Nixon; Hiba Pelaken; Hugo Gonzalez; Ivan Dubon; Jasmyne Davis; Jason Gantt; Jamal King; Jamal Ali; James Harris III; James Adams; John Betterley; Joseph Billey; Jorge Caloca; Jonathan Cordova; Julio Reyes; Joshua Rodriguez; John King Jr.; Jesus Gonzalez-Vizcarra; Jeremy Lowery; James Fisher; Johnathan Gipson; Jared Hanlon; Jahlik Holman; Jorge Gutierrez; Juan Jimenez Maldonado; Jeremy Joseph; Joshua Kronberg-Rasner; JONATHAN LARA; Justin Lawrence; Jordan Cannon; Joseph Lewis; Joshua Lillis; Joseph Longhurst; Javier Loya; Jerry Mason; Julio Mesa; Joseph Molinaro; Joihn Moralesmunoz; Jesse Moreland Jr.; James Murdock; Jose Navarrete; James O'Neill; Josue Pineda; James Polizzi; James Buffington; Joseph Costello Jr.; Joel Romero; Jeremy Summers; Jesus Vega-Diaz; Jimmy Jones; Josue Ybarra; Kyle Nino Aurelio; Kevin Beauchmin; Kassandra Beltran; Kyle Brod; Kajearl Garrett-Wright; Kenneth Ferguson; Kevin Gonzalez-Bastida; Kellen Howard; Kendra Johnson; Kirk Stolen; Lloyd Brewster; Lamar Gibson; Luke Gardner; Logan Hanevold; Leo Martinez; La Toya Walker; Leslie Green; Miguel Pineda; Margaret Arnold; Marie Ann Toribio; Mekael Belleh; Michaelangelo Bonsignore; Michael Chavez; Matthew Craig; Mark Dunn Jr.; Mark Garrick II; Michael Baker; Marc Lucero; MICHAEL KOCHEVAR; Teresa Laurian; Markeece Lofton; Miguel Magallanes Ibarra; Michael Maksymiw; Michael McRath; Matthew Mercado; Max Morer; Matthew Wallace; Maegan Myers; Malik Woods; Mark Skeete; Miguel Solis; Manuel Tam; Neal Bengil; Nicholas Boutos; Nathan Echeverria; Octavio Cortez; Philip Gang; Perry Mikel; Rama Akash; Rami Al-Bajali; Robert Arnold; Richard Bogue; Rosa Chavez-Chavez; Ryan Delaney; Rebekah Smith; Randall Estes; Rocco Gusmano; Richard Villa II; Rebecca Florio; Richard Myles; Roderick Nuckoles Jr; Rafael Oseguera; Richard Peyton, IV; Rene Quintanilla; Robert Runser; Ronnie Thompson Sr.; Roger Tobar; Ronald Viernes; Ryan Hernandez; Shawn Jones; Stephanie Cook; Steve Green; Shari Kassebaum; Shane Kendall; Shantel Mettler-Voss; Sharif Morgan; Scott Poletto; Steven Stowers; Scott Lewis; Thurston Moore; Terry Bean; Timothy Deleon; Timothy Barnes; Trevon Greer; Terry Hill; Tanya Asher; Travis McCabe; Thomas Miller; Teresa Radke; Tito Rangel; Tyquan Brown; Terry Tremblay; Terrell Washington; Umair Moten; Ulysses Valencia; Vironica Banks; Victor Castaneda-Becerra; Vance Sheddy; Victoria Valadez; Wayne Wilson Jr; William Dean; William Famini; William Clark; William |

**To:**          Tobin; William Tate; Yesenia Aviles; Yaqub Mustafaa
**Cc:**          Frank Dreesen; Gary Piccinini; Jerry Howell
**Subject:**     Inmate supplies


Per Warden, when issuing weekly supplies double up the amount of soap given to inmates.  Also if a inmate asked for soap give it to them


**Lt. Dean Willett**

**SDCC Disciplinary Lt.**

**ex: 382**


*This message, including any attachments, is the property of the Nevada Department of Corrections and is solely for the use of the individual or entity intended to receive it.  It may contain confidential and proprietary information and any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient(s) or if you have received this message in error, please contact the sender by reply email and permanently delete it.*

# Attachment 5:
# OP 211B

# Attachment 6:
# OP 490

## NEVADA DEPARTMENT OF CORRECTIONS
## SOUTHERN DESERT CORRECTIONAL CENTER

### OPERATIONAL PROCEDURE
### 490

### HOUSEKEEPING AND SANITATION

| | |
|---|---|
| **Supersedes:** | O.P. #490 (Dated 8-13-2009) |
| **Effective Date:** | July 13, 2015 |
| **Review Date:** | July 12, 2016 |

### AUTHORITY:

Administrative Regulation #490 — Institutional Sanitation and Inspections

### RESPONSIBILITY

The Warden of Southern Desert Correctional Center has overall responsibility for overseeing the administration of this procedure.

It is the responsibility of the Associate Warden responsible for Operations to ensure this procedure is adhered to. It shall be the responsibility of all staff to ensure and maintain compliance with this procedure on a regular and daily basis.

### 490.01    HOUSEKEEPING AND SANITATION PLANS

1. A copy of the housekeeping plan will be maintained in the following offices:

    - Warden
    - Associate Warden responsible for Operations
    - Associate Warden of Programs
    - Lieutenant/Sergeant office
    - Living Areas
    - Maintenance
    - PI Area
    - Infirmary
    - Culinary
    - Laundry

2. Specific items to be included into the plan are:

    - Cleaning schedule for each area.
    - Designation of the number of inmates.
    - A time schedule.
    - Area waste disposal procedure.
    - Instructions for the acquisition, storage and utilization of cleaning supplies and equipment.
    - Specific instructions are to be included for cleaning all areas.

**490.02      STAFF RESPONSIBILITIES**

1.   It is the responsibility of all staff directly involved in supervising a shop, housing unit or any other area that functions within the institution to maintain constant surveillance of that area to ensure acceptable sanitation practices are followed on a daily basis.
      - All staff directly in charge of inmates and areas will conduct ongoing inspections.
      - Staff will issue direct orders to any inmate found to be responsible for any sanitization or health deficiency.
           o   Staff will ensure they give direct, clear and concise orders to inmates responsible for cleaning specific areas.
           o   If the orders are not followed, appropriate disciplinary actions will be implemented.
      - Determine the number of inmates assigned to clean each area.
      - Maintain a daily schedule for the completion of housekeeping duties.
      - Establish descriptions of cleaning responsibilities. Descriptions will include the following areas:
           o   Floors
           o   Walls
           o   Doors
           o   Windows
           o   Toilets
           o   Sinks
           o   Showers
           o   Common Areas such as Day Rooms and wings
           o   Equipment
           o   Laundering of clothing and bedding
           o   Distribution of personal hygiene items
      - A staff member will inspect the area for cleanliness before releasing the inmate(s).

2.   Area supervisors are responsible for providing and maintaining appropriate protective clothing to be issued should reasonable precautions dictate the use of such clothing.

**490.03      INMATE RESPONSIBILITIES**

1.   Each inmate is required to maintain sanitary conditions, personal hygiene and cleanliness as follows:
      - Living/work area unless a specific assignment has been assigned to another inmate.
      - Proper use and care of any cleaning equipment or material issued to them.
      - Exchange of soiled linen, bedding and clothing.
      - Use of available shaving, bathing, hand washing, shampooing and barber facilities as provided.
      - Brush and/or cleaning of teeth and dentures.
      - Report any illness or disease and injury require treatment.
      - Obey all direct orders to maintain a sanitary living/work area.
      - Smoking in all buildings, to include cells, is prohibited.

## 490.04    DAILY HEALTH AND SANITITATION INSPECTIONS

1.  Housing unit staff and work area supervisors are responsible for the daily inspection of their assigned work areas.
    - These tours will be noted in unit logs and will concentrate on health and sanitization.
      - o   Any deficiencies will immediately corrected or submit a work order if required.

2.  The Culinary Sergeant will make a daily inspection of the culinary.
    - This tour will be noted in the Shift Log.
    - Any deficiencies will be documented and a work order submitted if required.

3.  The purpose of sanitation inspections is to ensure:
    - All areas are clean and orderly.
    - Lighting, ventilation and heating equipment are functioning properly.
    - No health hazards exist.
    - Equipment utilized in providing sanitation and health functions properly.
    - Plumbing equipment, to include toilet, bathing, washing facilities operate properly.
    - Clothing, bedding, linen, laundry services and personal hygiene facilities are provided for inmates.

## 490.05    WEEKLY HEALTH AND SANITATION INSPECTIONS

1.  The below listed areas of the institution will be inspected on a weekly basis by supervisors as assigned by the Associate Warden responsible for Operations:
    - Housing Units
    - Administration
    - Culinary
    - Education
    - Gym
    - Laundry
    - Maintenance
    - Chapel
    - Visiting
    - Warehouse
    - Property
    - Towers
    - Gym Gun Post
    - Control Center
    - Gatehouse
    - Weekly inspection forms will be distributed by the Associate Warden responsible for Operations Administrative Assistant.
      - o   Weekly inspection forms are area specific.
      - o   Any deficiencies will be noted on this form and a work order will be submitted if required.



2. The Warden or Associate Wardens will make a general inspection of the institution on a weekly basis. The Warden or Associate Wardens will ensure this inspection is noted in the Shift Log.

## 490.06    MONTHLY HEALTH AND SANITATION INSPECTIONS

1. The below listed areas of the institution will be inspected on a monthly basis by the Warden or Associate Wardens:
   - Housing Units
   - Administration
   - Culinary
   - Education
   - Gym
   - Laundry
   - Maintenance
   - Chapel
   - Visiting
   - Warehouse
   - Property
   - Towers
   - Gym Gun Post
   - Control Center
   - Gatehouse

2. The Facility Manager will ensure a monthly bacteriology test of the water supply is completed.

## 490.07    SEMI-ANNUAL HEATH AND SANITATION INPECTIONS

1. The Warden will ensure semi-annual inspections of the entire institution are conducted by independent auditors to ensure and document compliance with applicable laws and regulations related to sanitation, health and inspections.

2. Any exceptions to the codes, statutes and regulations noted by the Health Inspector will be handled in the following manner:
   - Immediate work order will be issued and performed where regular budget permits.
   - Work orders that exceed the regular maintenance budget may be postponed until the next appropriations, absent exigent circumstances requiring immediate repair.
     - In the event of exigent circumstances of a life/safety nature as certified by the Public Health Authority, an emergency appropriation shall be requested if funds are not available.

## 490.08    ANNUAL CHEMICAL ANALYSIS TEST

1. A chemical analysis test shall be taken of the institutions water supply to certify compliance with local laws and regulation. The chemical analysis test will be performed by a qualified independent auditor.

**490.09** **HOUSEKEEPING PLAN I — INMATE HOUSING UNITS 1-8, 11 & 12**

1. The unit caseworker and assigned officers will maintain a list of ten (10) unit porters.
   - There will be two (2) unit porters assigned to each wing to **include** showers.
   - There will be two (2) unit porters assigned to the rotunda.
   - There will be one **(1)** unit porter assigned to clean the entrance way leading into the unit.
   - There will be one (1) extra porter to be used where needed.
   - Inmate porters are under the direct supervision of unit officers.

2. The unit porters are responsible for the following:
   - Sweep and mop all common areas daily or more often if needed.
     - Use clean cold water when mopping.
     - Mop water will be changed as needed.
     - Mop and mop bucket will be cleaned after each use.
     - Mops will be hung to dry when not in use.
   - Remove garbage three times a day.
     - Garbage cans will be cleaned once a week.
   - The following windows (to include sills and frames) will be cleaned daily:
     - Bubble (outside only)
     - Caseworker Office
     - Common Areas
   - Doors and walls as needed.
   - Sweep and mop the caseworker's office (under supervision of the caseworker).
   - Inmate telephones daily.
   - Sweep **unit** walkways daily.
   - Clean restrooms daily or more often if needed.
     - Shower stalls will be scrubbed daily using a disinfectant.
     - Shower floors will be swept and mopped using a disinfectant.
     - Shower curtains will be washed weekly in the SDCC Laundry, using a disinfectant.
     - Toilet and urinals will be cleaned daily or more often if needed using a disinfectant.

3. Inmate Cells:
   - Inmates will clean their rooms daily or more often if needed.
     - Unit officers will distribute cleaning supplies and equipment as necessary.
     - Inmate personal property will be folded and stored **in** a neat manner.
     - Bowls, cups and eating utensils will be washed, dried and stored after each use.

4. Inmate Cells:
   - Cells will be searched and thoroughly cleaned up upon being vacated
   - Inmates will clean their cells at least weekly
   - Inmates will keep their cells neat and orderly.
     - Unit officers will distribute cleaning supplies and equipment as necessary



5. Segregation Housing Unit 8
   - Food preparation areas:
     - o Food preparation areas will be swept and mopped after each meal
     - o All tables and carts will be wiped with a mild detergent
     - o Spot clean food preparation walls daily
     - o Remove garbage after each meal preparation
   - Food trays will be collected and returned to the Culinary after each meal

6. Staff:
   - Unit officers are responsible for cleaning the bubble, rest room and empting the trash each shift.
   - Sweep and mop the bubble daily or more often if needed.
     - o Use clean mop water when mopping.
     - o Mop and mop bucket will be cleaned after each use.
     - o Mops will be hung to dry when not in use.
   - Remove garbage three times a day.
     - o Garbage cans will be cleaned once a week.
   - Windows will be cleaned daily.
   - Doors and walls as needed. The Day Shift Senior Officer is responsible for ordering cleaning supplies and equipment as needed.

7. Personal hygiene items will be distributed by unit officers in accordance with applicable supply issue standards defined in OP 211B. Personal hygiene items are:
   - Body soap.
   - Razors.
   - Toothpaste.
   - Tooth Brush.
   - Toilet Paper.

## 490.10    HOUSEKEEPING PLAN II — INFIRMARY

1. Inmate Porters:
   - Porters will be assigned through the Classification Committee to work in the Infirmary.
   - Inmate porters are under the direct supervision of the Infirmary officer and nursing staff

2. The Infirmary porters are responsible for the following:
   - Sweep and mop floors daily or more often if needed.
     - o Use clean mop water when mopping.
     - o Mop and mop bucket will be cleaned after each use.
     - o Mops will be hung to dry when not in use.
   - Remove garbage three times a day.
     - o Garbage cans will be cleaned once a week.
   - Windows will be cleaned daily, to include sills and frames.
   - Doors and walls as needed.

- Treatment Rooms, Medical Records Room, Nurses and Doctors offices are off limits to inmates unless under the constant supervision of nursing staff.
  - o Inmates will not enter the Pharmacy under any circumstances.
- Clean bathrooms, to include showers, daily or more often if needed.
  - o Porters will use disinfectant

3. Cells: if an inmate is not ambulatory the porter will clean the cell.
- Sweep and mop floors daily or more often if needed.
  - o Use clean mop water when mopping.
  - o Mop and mop bucket will be cleaned after each use.
  - o Mops will be hung to dry when not in use.
- Remove garbage three times a day.
- Garbage cans will be cleaned once a week.
- Windows will be cleaned daily.
- Doors and walls as needed.
- Bed linen will be changed twice a week or more often if needed.

4. Staff:
- The nursing staff is required to clean the Pharmacy. (Inmates are prohibited from entering the pharmacy).
  - o Sweep and mop floors daily.
  - o Counter tops daily.
  - o Shelving, doors and refrigerator weekly.
  - o Walls monthly.
- Nurses station:
  - o Cleaning the desks, file cabinets, shelves and storage cabinets will be done weekly.
- Infirmary staff is responsible for issuing cleaning supplies and equipment to inmate porters and inmates housed in the infirmary.
- The Day Shift Infirmary officer is responsible for ordering cleaning supplies and equipment as needed.

5. Protective Clothing/Equipment:
- The Director of Nursing/designee shall ensure that all Inmates assigned to Infirmary, are afforded protective clothing when required.
- Blood spill kits are not inspected monthly. Unit officers are responsible for requesting another kit when one is used.

### 490.11 HOUSEKEEPING PLAN III — CULINARY

1. Inmate Workers:
- Inmate Workers will be assigned through the Classification Committee to work in the Culinary.
  - o Inmate workers must be cleared by the Medical Department.
- Inmate workers are responsible for maintaining personal hygiene at all times.



HOUSEKEEPING AND
SANITATION

OP 490

Page 7 of 15
7/13/2015

SOUTHERN DESERT CORRECTIONAL CENTER

2. Staff:
   - Inmate workers are under the direct supervision of the Food Manager.
   - All staff will enforce the culinary dress code.
   - Culinary staff must supervise assigned inmate workers cleaning offices, freezers, refrigerators and dry storage rooms.
   - The Food Manager is responsible for ordering cleaning supplies and equipment as needed.

3. Cleaning and Sanitation:
   - Serving Lines:
     - Clean up spills as they occur on the serving line.
     - Clean the counters, steam tables, trash, walls and floors after each meal.
     - Assist in cleaning the tables, seats, walls and floors in the dining room after each meal.
     - Empty trash cans after each meal or when full.
     - Place all cleaned trays and bowls on drying racks to protect them from being contaminated until the next meal is served.
   - Dining Room:
     - Clean the table and seats as soon as possible after the occupants depart.
     - Clean beverage and salad bar area on a continuous basis during the meal.
     - Clean up any spills that may occur during the meal.
     - Empty trash can as needed during the meal.
     - Clean the tables, seats, walls and floors in the dining room after each meal.
   - Clipper:
     - Wash and store all pots and pans used during food preparation.
     - Wash and sanitize all trays and bowls after use.
     - Sanitize the clipper machine after each meal.
     - Clean out the drains in the pot sink and clipper machine.
     - Sweep and mop the floors.
     - Wipe down the walls and clipper machine.
     - Empty trash cans as needed or at the end of each meal.
   - Cooking Equipment:
     - Clean the cookers, grills, ovens, mixers and other food preparation equipment after each use or meal.
     - Sweep and mop the floors in the food preparation areas.
     - Empty trash cans at the end of each meal or more often as needed.
   - Bakery:
     - Sweep and mop the floors after each meal.
   - Store Room, refrigerators, and freezers:
     - Sweep and mop store rooms, refrigerators, and freezers on a daily basis or more often as needed.
     - Rotate stock in the refrigerator, freezers and dry goods storage.

4. Culinary offices:
   - Sweep and mop on a daily basis.
   - Trash emptied daily.



HOUSEKEEPING AND
SANITATION          OP 490          Page 8 of 15
7/13/2015
SOUTHERN DESERT CORRECTIONAL CENTER

5.  Restrooms:
    o   Sweep and mop on a daily basis.
        o   Use clean mop water when mopping.
        o   Clean mop and mop bucket after each use.
        o   Hang mops to dry when not in use.
    •   Empty trash daily.
    •   Clean urinal, toilet and sink daily with a mild disinfectant.

6.  Grease Tanks:
    •   Grease tanks will be pumped monthly.

7.  General
    •   Thoroughly rinse all mops after use and hang to dry.
    •   Empty and store all mop buckets as appropriate.
    •   Empty all trash cans on a daily basis or more often as needed.
    •   Clean around and under compactor after use to ensure all debris and associated waste is removed from the area.
    •   Adhere to all related cleaning standards and requirements referenced in Culinary Operations and Management OP 269

**490.12    HOUSEKEEPING PLAN IV — GYMNASIUM**

1.  Inmate Workers:
    •   Inmate Porters will be assigned through the Classification Committee to work in the Gym.
    •   Inmates are under the direct supervision of the Recreational Supervisor.
        o   The Recreational Supervisor is responsible for ordering of cleaning supplies and equipment.

2.  The Gym porters are responsible for the following:
    •   Sweep and mop the floors daily or more often if needed.
        o   Use clean mop water when mopping.
        o   Mop and mop bucket will be cleaned after each use.
        o   Mops will be hung to dry when not in use.
    •   Sweep front walkway daily or as needed.
    •   Remove garbage three times a day.
        o   Garbage cans will be cleaned once a week.
    •   Doors and walls will be cleaned as needed. Sweep and mop the office (under supervision of the Recreational Supervisor). Clean the rest room daily or more often if needed.
        o   Toilets, urinals, sinks and showers will be scrubbed daily using a disinfectant.
    •   Dust and wipe weight equipment with disinfectant daily.

**490.13      HOUSEKEEPING PLAN V — VISITING ROOM**

1.  **Inmate Porters:**
    - Inmate Porters will be assigned through the Classification Committee to **work** in the Visiting **Room.**
        - ○   Inmates are under the direct supervision of the Visiting Room Officers.
        - ○   The Visiting Room Officers are responsible for ordering **of** cleaning supplies and equipment.

2.  The porters are responsible for the following:
    - Sweep and mop Visiting **Room** floors daily or more often if needed.
        - ○   Use clean mop water when mopping.
        - ○   Mop and mop bucket will be cleaned after each use.
        - ○   Mops will be hung to dry when not in use.
    - **Remove** garbage two times a day.
        - ○   Garbage cans will he cleaned once a week.
    - Windows will be cleaned daily, to include sills and frames.
    - Doors and walls will be cleaned as needed. as needed.
    - Clean restrooms daily or as needed.
        - ○   Toilets, urinals, sink and floors will be scrubbed or mopped daily using a disinfectant.
    - Clean the microwaves, shelves, food machines, strollers and baby carriers each day or as needed.

**490.14      HOUSEKEEPING PLAN VI — TOWERS/GYM GUN POST**

1.  Assigned tower officers are responsible for the following:
    - Sweeping the floor prior to relief.
    - Cleaning **the** toilet and sink with a mild disinfectant prior to relief.
    - Empty the trash prior to relief.
        - ○   Trash bags will not be thrown from the cat-walk.
        - ○   Trash bags will be carried down and placed in a trash receptacle.
    - The Day Shift officer **is** responsible for ordering cleaning supplies and equipment as needed.

**490.15      HOUSEKEEPING PLAN VII — SERGEANT/LIEUTENANT'S OFFICES**

1.  **Inmate Porters:**
    - The inmate porters will be assigned through the Classification Committee to **work** in the Sergeant/Lieutenant Office.
        - ○   Inmates are under the direct supervision of the Sergeant and/or Lieutenant.
        - ○   The Day Shift Sergeant is responsible for ordering of cleaning supplies and equipment.

2.  The porters are responsible for the following:
    - Sweep, mop or vacuum the floors daily or more often if needed.
        - ○   Use clean mop water when mopping.
        - ○   Mop and mop bucket will be cleaned after each use.
        - ○   Mops will be hung to dry when not in use.
        - ○   Empty the vacuum bag as needed.

- Remove garbage two times a day.
  - o Garbage cans will be cleaned once a week.
- Windows will be cleaned daily, to include sills and frames.
- Doors and walls will be cleaned as needed.
- Clean restrooms twice daily or as needed.
  - o Toilets, urinals, sink and floors will be scrubbed or mopped daily using a disinfectant.
- Clean the microwaves each day or as needed.

## 490.16   HOUSEKEEPING PLAN VIII — ADMINISTRATION BUILDING

1.   Inmate Porters:
- Inmate porters will be assigned from Three Lakes Valley Conservation Camp.
- The Administrative Assistants will supervise the inmates when cleaning the offices of the Warden, Associate Warden of Programs, Administrative Services Officer.

2.   The porters are responsible the tasks listed for each of the following areas:
- Administration
  - o Vacuum daily or more often if needed.
  - o Empty the vacuum bag as needed.
  - o Remove garbage daily.
  - o Clean garbage cans once a week.
  - o Clean windows will daily, including sills and frames.
  - o Sweep and mop as requested.
  - o Water plants in atrium as needed.
  - o Clean doors and walls as needed.
  - o Clean the microwaves each day or as needed.
  - o Dust furniture daily or as requested.
  - o Clean restrooms daily or as needed.
  - o Scrub and clean toilets, urinals, and sinks; and clean and mop floors daily using a disinfectant.
- Tunnel.
  - o Sweep and pick-up trash daily.
- Visiting Waiting Room and Control Sally Port.
  - o Sweep and mop the floors daily or more often if needed.
  - o Use clean mop water when mopping.
  - o Clean mop and mop bucket after each use.
  - o Hang mops to dry when not in use.
  - o Remove garbage two times a day.
  - o Clean garbage cans once a week.
  - o Clean windows daily, to include sills and frames.
  - o Clean doors and walls will be cleaned as needed.

## 490.17   HOUSEKEEPING PLAN IX — EDUCATION/ PROGRAMS BUILDING

1.   Inmate Workers:
- Inmate Porters will be assigned through the Classification Committee.

- Inmates are under the direct supervision of the respective staff member.
  - The respective staff member is responsible for ordering of cleaning supplies and equipment.

2. These porters are responsible for the following:
   - Sweep, mop or vacuum floors daily or more often if needed.
     - Use clean mop water when mopping.
     - Mop and mop bucket will be cleaned after each use.
     - Mops will be hung to dry when not in use.
     - Empty vacuum bags as needed.
   - Sweep front walkway daily or as needed.
   - Remove garbage three times a day.
     - Garbage cans will be cleaned once a week.
   - Doors and walls will be cleaned *as* needed.
   - Sweep and mop the office (under supervision).
   - Clean the rest room daily or more often if needed.
     - Toilets, urinals, sinks and floors will be scrubbed or mopped daily using a disinfectant.
   - Dust window sills and furniture weekly.

## 490.18    HOUSEKEEPING PLAN X — MAIN YARD

1. Inmate Workers:
   - Inmate workers will be assigned through the Classification Committee.
   - Inmates are under the direct supervision of the Inmate Work Detail (Yard Labor Crew) officer.
     - The IWD officer is responsible for ordering of cleaning supplies and equipment.

2. These workers are responsible for the following:
   - Sweep walkways daily.
   - Remove garbage three times a day.
     - Garbage cans will be a cleaned once a week
   - Rake up trash or other debris off rocks.
   - Pick weeds as needed.

## 490.19    OPERATIONS BUILDING

1. Inmate Workers:
   - Inmate Porter will be assigned through the Classification Committee.
   - The Administrative Assistant will supervise the inmate porter when cleaning the office of the Associate Warden responsible for Operations.
     - The Administrative Assistant is responsible for ordering of cleaning supplies and equipment.
   - Other respective staff members are responsible for supervising the inmate porter when cleaning their offices.

2. This porter is responsible for the following:
- Sweep, mop or vacuum floors daily or more often if needed.
  - ○ Use clean mop water when mopping.
  - ○ Mop and mop bucket will be cleaned after each use.
  - ○ Mops will be hung to dry when not in use.
  - ○ Empty vacuum bags as needed.
- Remove garbage three times a day.
  - ○ Garbage cans will be cleaned once a week.
- Doors and walls will be cleaned as needed.
- Sweep and mop the office (under supervision).
- Clean the rest room daily or more often if needed.
  - ○ Toilets, urinals, sinks and floors will be scrubbed or mopped daily using a disinfectant.
- Dust window sills and furniture weekly.
- Staff Locker Rooms.
  - ○ Sweep and mop the floors daily or more often if needed.
  - ○ Use clean mop water when mopping.
  - ○ Mop and mop bucket will be cleaned after each use.
  - ○ Mops will be hung to dry when not in use.
  - ○ Remove garbage two times a day.
  - ○ Garbage cans will be cleaned once a week.
  - ○ Doors and walls will be cleaned as needed.
  - ○ Toilets, urinals, sink will be scrubbed daily using a disinfectant

## 490.20    HOUSKEEPING PLAN XI — OUTER PERIMETER AND PARKING LOT

1. Inmate Workers:
- Inmate porters will be assigned from Three Lakes Valley Conservation Camp.
- Inmates are under the direct supervision of the Inmate Work Detail (IWD) officer.
  - ○ The IWD officer is responsible for ordering of cleaning supplies and equipment.

2. These workers are responsible for the following:
- Sweep walkways daily.
- Remove garbage twice a day.
  - ○ Garbage cans will be cleaned once a week.
- Rake up trash or other debris off rocks.
- Pick weeds as needed

## 490.21    HOUSEKEEPING PLAN XII — LAUNDRY

1. Inmate Workers:
- Inmate workers will be assigned through the Classification Committee to work in the Laundry.
- Inmates are under the direct supervision of the Laundry Manager and officer.
  - ○ The Laundry Manager is responsible for ordering of cleaning supplies and equipment.

2. The inmate Laundry workers are responsible for the following:
- Sweep and mop the floors daily or more often if needed.
  - Use clean mop water when mopping.
  - Clean mop and mop bucket after each use.
  - Hang mops to dry when not in use.
- Sweep front walkway daily or as needed.
- Remove garbage as needed.
  - Clean garbage cans once a week.
- Clean doors and walls as needed.
- Sweep and mop the office (under supervision of the laundry officer).
- Clean the rest room daily or more often if needed.
  - Clean and scrub toilets, urinals, sinks and showers daily using a disinfectant.
- Dust and wipe equipment with disinfectant daily.
- Clean windows daily, to include sills and frames.
- Clean washer drains daily or more often as needed.
- Clean area behind the dryers weekly or more often as needed.

### 490.22      MAINTENANCE DEPARTMENT/PRISON INDUTRIES

1. Inmate Workers:
- Inmate Workers will be assigned through the Classification Committee to work in the Maintenance Department or Prison Industries.
- Inmates are under the direct supervision of the respective shop supervisor.
  - The respective shop supervisor is responsible for ordering of cleaning supplies and equipment.

2. The inmate workers are responsible for the following:
- Sweep and mop the floors daily or more often if needed.
  - Use clean mop water when mopping.
  - Mop and mop bucket will be cleaned after each use.
  - Mops will be hung to dry when not in use.
- Sweep front walkway daily or as needed.
- Remove garbage as needed.
  - Garbage cans will be cleaned once a week.
- Doors and walls will be cleaned as needed.
- Sweep and mop the office (under supervision of the respective shop supervisor).
- Clean the rest room daily or more often if needed.
  - Toilets, urinals, sinks and showers will be scrubbed daily using a disinfectant.
- Dust and wipe equipment daily.
- Windows will be cleaned daily, to include sills and frames.

3. The ASO/designee shall ensure that protective clothing is provided to those inmates assigned to maintenance and **PI** shops that require it.
- That an area is designated for storage of this protective gear.

4. Material Storage:
   - Respective shop supervisors are responsible for the orderly and safe storage of materials inside and outside of the shop.

**ATTACHMENTS:**

None

**Signature Authority:**

| | |
|---|---|
| **Warden of Facility:** | **Associate Warden:** |
| Brian E. Williams, Sr. | Minor Adams |
| **(Printed Name)** (Signature) | **(Printed Name)** (Signature) |
| **Deputy Director:** | **Associate Warden:** |
| E.K. McDaniel | Frank Dreesen |
| **(Printed Name)** (Signature) | **(Printed Name)** (Signature) |
| **INMATE ACCESSIBLE:** YES ✓ NO | |