# EXHIBIT 7 – Memorandum Dated April 27, 2020 Regarding COVID-19 Update



Steve Sisolak
*Governor*

Charles Daniels
*Director*



Northern Administration
5500 Snyder Ave.
Carson City, NV 89701
(775) 977-5500

Southern Administration
3955 W. Russell Rd.
Las Vegas, NV 89118
(702) 486-9906

## STATE OF NEVADA
### Department of Corrections

# MEMORANDUM

DATE: April 27, 2020

FOR: All NDOC Employees

SUBJECT: **COVID-19 Update**

I am directing that all NDOC employees in secure facilities wear a protective mask while on duty. You may wear homemade protective masks or use Prison Industries issued masks.

Prison Industries has produced very comfortable masks that may be worn for extended periods of time. Prison Industries masks may be washed and reused. Please direct any requests for PI mask orders through your chain of command.

For the continued safety of all NDOC employees and inmates, Dr. Minev **MUST** clear all employees who have tested positive for COVID-19, prior to returning to work.

The clearance process may take up to several days as it involves contact with the employee, their physician, the state laboratory/health district, and others, to gather necessary information to make an informed decision.

Supervisors and Wardens please do not authorize an employee who has tested positive for COVID-19 to return to work without providing Dr. Minev time to complete the clearance process.

Remember our battle ethos "when in doubt, keep them out." Your efforts have served the agency well.

I appreciate the professionalism and dedication of each and every one of you. Team NDOC is strong and resilient. Keep up the great work and continue to lead the way!

Charles Daniels, Director
Department of Corrections